1   STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
2

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   ALEXANDRA J. SHEPARD (CABN 205143)
    Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-6767
7     FAX: (415) 436-7234
      Alexandra.Shepard@usdoj.gov
8
  Attorneys for United States of America

**FILED**

Apr 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO.: 3-21-mj-70609 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S MOTION FOR SEALING ORDER |
| JOHN FRANCIS PORTER, | ) |
| Defendant. | ) |

The government hereby moves this Court for an order sealing this motion, the sealing order, the Complaint, the Affidavit in Support of the Complaint, the summons, and the arrest warrant in the above-referenced case until further order of the court. The government believes that disclosure of the existence of the Complaint and information contained in the supporting affidavit may jeopardize the progress of the ongoing investigation by affording the defendant and other subjects the opportunity to destroy evidence, warn coconspirators, or flee.

Accordingly, the United States requests that the Court seal these documents, except that the Clerk of Court shall provide copies of the sealed documents to employees of the United States Attorney's Office. The United States further requests that the United States Attorney's Office be

permitted to share these documents as necessary to comply with its discovery obligations, and with the Federal Bureau of Investigation and IRS Criminal Investigation, which should be allowed to share the documents with other law enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

DATED: April 13, 2021

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

/s/
_____
ALEXANDRA J. SHEPARD
Assistant United States Attorney