1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA J. SHEPARD (CABN 205143)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6767
7      FAX: (415) 436-7234
       Alexandra.Shepard@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,           )   NO.: 3-21-mj-70609 MAG
                                        )
14         Plaintiff,                   )
                                        )
15     v.                               )
                                        )
16  JOHN FRANCIS PORTER,                )   [PROPOSED] SEALING ORDER
                                        )
17                                      )
           Defendant.                   )
18                                      )
                                        )
19                                      )

FILED

Apr 13 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

1  Upon motion of the United States and good cause having been shown, IT IS HEREBY
2  ORDERED that the government's motion to seal, the sealing order, the Complaint, the Affidavit in
3  Support of the Complaint, the summons, and the arrest warrant in the above-referenced case, shall be
4  filed under seal until further order of the court, except that the Clerk of Court shall provide copies of the
5  sealed documents to employees of the United States Attorney's Office.  The United States Attorney's
6  Office is permitted to share these documents as necessary to comply with its discovery obligations, and
7  with the Federal Bureau of Investigation and IRS Criminal Investigations, which should be allowed to
8  share the documents with other law enforcement and intelligence agencies, including foreign law
9  enforcement and intelligence agencies, for use in investigation and prosecution.

11  IT IS SO ORDERED.
12  DATED:  April  13 , 2021

    _____
    HON. JACQUELINE SCOTT CORLEY
    UNITED STATES MAGISTRATE JUDGE