```
                                          FILED
                                          Apr 14 2021
                                          SUSAN Y. SOONG
                                    CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA
                                          SAN FRANCISCO
```

1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA J. SHEPARD (CABN 205143)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
        Alexandra.Shepard@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        ) NO. 3:21-MJ-70609 MAG
                                      )
14 |       Plaintiff,                  )
                                      )
15 |    v.                             ) UNITED STATES' APPLICATION AND
                                      ) [PROPOSED] ORDER TO UNSEAL CRIMINAL
16 | JOHN FRANCIS PORTER,              ) COMPLAINT
                                      )
17 |                                   )
           Defendant.                  )
18 |                                   )
                                      )
19

20      On April 13, 2021, upon the government's application, this Court granted the government's

21 motion to seal the Complaint, Affidavit in Support of the Complaint, summons, arrest warrant, motion to

22 seal the Complaint, and related sealing order in the above-captioned matter.

23      The United States now respectfully moves this Court to automatically unseal the Complaint and

24 all related documents in the above-captioned matter upon service of the summons on the defendant. At

25 that time the operational exigencies requiring the sealing of the Complaint will have passed.

26      The United States further requests that this Application and Proposed Order be sealed until

27 service of the summons, on the ground that the disclosure of the existence of the Complaint may

28 jeopardize the progress of the ongoing investigation by affording the defendant and other subjects the

GOVT'S MOT. FOR SEAL. ORDER              1                              v. 2/22/2020

1  opportunity to destroy evidence, warn coconspirators, or flee.

2

3  DATED:  April 14, 2021                    Respectfully submitted,

4                                             STEPHANIE M. HINDS
                                              Acting United States Attorney
5

6                                                      /s/
                                             _____
7                                             ALEXANDRA J. SHEPARD
                                              Assistant United States Attorney
8