STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA J. SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    Alexandra.Shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 3:21-MJ-70609 MAG |
| Plaintiff, | ) |
| | ) [PROPOSED] ORDER |
| v. | ) |
| JOHN FRANCIS PORTER, | ) |
| Defendant. | ) |

[PROPOSED] SEALING ORDER        1        v. 2/22/2020

1    Upon motion of the United States and good cause having been shown, IT IS HEREBY
2 ORDERED that 1) this Application and [Proposed] Order shall be filed under seal; and 2) the Complaint
3 in the above-captioned matter and all related documents, including this Application and [Proposed]
4 Order, shall be automatically unsealed upon service of the summons on the defendant.

6 IT IS SO ORDERED.
7 DATED: April ____, 2021

                                              HON. JACQUELINE SCOTT CORLEY
                                              UNITED STATES MAGISTRATE JUDGE