```
 1  STEPHANIE M. HINDS (CABN 154284)
    Acting United States Attorney
 2
    HALLIE HOFFMAN (CABN 210020)
 3  Chief, Criminal Division

 4  ALEXANDRA J. SHEPARD (CABN 205143)
    Assistant United States Attorney
 5
         450 Golden Gate Avenue, Box 36055
 6       San Francisco, California 94102-3495
         Telephone: (415) 436-6767
 7       FAX: (415) 436-7234
         Alexandra.Shepard@usdoj.gov
 8
    Attorneys for United States of America
```

FILED

Apr 14 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 3:21-MJ-70609 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) UNITED STATES' APPLICATION AND<br>) [PROPOSED] ORDER TO UNSEAL CRIMINAL |
| JOHN FRANCIS PORTER, | ) COMPLAINT |
| Defendant. | ) |

On April 13, 2021, upon the government's application, this Court granted the government's motion to seal the Complaint, Affidavit in Support of the Complaint, summons, arrest warrant, motion to seal the Complaint, and related sealing order in the above-captioned matter.

The United States now respectfully moves this Court to automatically unseal the Complaint and all related documents in the above-captioned matter upon service of the summons on the defendant. At that time the operational exigencies requiring the sealing of the Complaint will have passed.

The United States further requests that this Application and Proposed Order be sealed until service of the summons, on the ground that the disclosure of the existence of the Complaint may jeopardize the progress of the ongoing investigation by affording the defendant and other subjects the

1 | opportunity to destroy evidence, warn coconspirators, or flee.

3 | DATED: April 14, 2021                                    Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

                /s/

ALEXANDRA J. SHEPARD
Assistant United States Attorney