1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA J. SHEPARD (CABN 205143)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6767
7       FAX: (415) 436-7234
        Alexandra.Shepard@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,              )   NO. 3:21-MJ-70609 MAG
                                          )
14       Plaintiff,                       )
                                          )   [PROPOSED] ORDER
15    v.                                  )
                                          )
16 JOHN FRANCIS PORTER,                   )
                                          )
17                                        )
         Defendant.                       )
18                                        )
                                          )
19                                        )

20

21

22

23

24

25

26

27

28

[PROPOSED] SEALING ORDER                     1                            v. 2/22/2020

1  Upon motion of the United States and good cause having been shown, IT IS HEREBY
2  ORDERED that 1) this Application and [Proposed] Order shall be filed under seal; and 2) the Complaint
3  in the above-captioned matter and all related documents, including this Application and [Proposed]
4  Order, shall be automatically unsealed upon service of the summons on the defendant.
5
6  IT IS SO ORDERED.
7  DATED: April _14_, 2021
8  _____
9  HON. JACQUELINE SCOTT CORLEY
   UNITED STATES MAGISTRATE JUDGE