1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEXANDRA SHEPARD (CABN 205143)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-6767
7        FAX: (415) 436-7234
         alexandra.shepard@usdoj.gov
8
   Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) No. 3:21-MJ-70609 MAG
                                            )
14 |        Plaintiff,                      ) STIPULATION AND [PROPOSED] ORDER
                                            ) WAIVING TIME UNDER SPEEDY TRIAL ACT
15 |    v.                                  ) AND RULE 5.1
                                            )
16 | JOHN FRANCIS PORTER,                   )
                                            )
17 |        Defendant.                      )
                                            )

STIP. AND ORDER WAIVING TIME                1

1  With the agreement of the parties, and with the consent of the defendant, the Court enters this
2  order continuing the preliminary hearing date of June 15, 2021, at 10:30 a.m., to August 2, 2021, at
3  10:30 a.m. and documenting the defendant's waiver of the preliminary hearing date under Federal Rule
4  of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(b).
5  This Court previously agreed to continue the date of the preliminary hearing and to exclude time under
6  the Speedy Trial Act through June 15, 2021.

7  The parties agree, and the Court finds and holds, as follows:

8  1.  The defendant is currently charged by criminal complaint. The defendant is not in
9  custody, having been released on an unsecured bond of $250,000 on April 20, 2021.

10  2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.
11  3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into
12  account the exercise of due diligence.

13  3.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
14  preliminary hearing.

15  4.  Counsel for the defense believes that postponing the preliminary hearing is in his client's
16  best interest, and that it is not in his client's interest for the United States to indict the case during the
17  timeline established in Rule 5.1.

18  5.  The Court finds that, taking into the account the public interest in the prompt disposition
19  of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing
20  under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends
21  of justice served by excluding the period from June 15, 2021 through August 2, 2021, outweigh the best
22  interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

23  ///
24  ///
25  ///
26  ///
27  ///
28

STIP. AND ORDER WAIVING TIME                2

1      6.      Accordingly, and with the consent of the defendant, the Court (1) continues the
2  preliminary hearing date of June 15, 2021, at 10:30 a.m. to August 2, 2021, at 10:30 a.m. before the
3  Honorable Joseph C. Spero, and (2) orders that the period from June 15, 2021, through August 2, 2021
4  be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1
5  and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

6      IT IS SO STIPULATED:

8  DATED:  June 10, 2021                                  _____/s/_____
                                                          ROBB ADKINS
9                                                         Attorney for Defendant

11 DATED:  June 10, 2021                                  _____/s/_____
                                                          ALEXANDRA SHEPARD
12                                                        Assistant United States Attorney

14
        IT IS SO ORDERED.
15

16 DATED:                                                 _____
17                                                        HON. LAUREL BEELER
                                                          United States Magistrate Judge

STIP. AND ORDER WAIVING TIME              3