STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6767
    FAX: (415) 436-7234
    alexandra.shepard@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>    v. <br> JOHN FRANCIS PORTER, <br>     Defendant. | No. 3:21-MJ-70609 MAG <br><br> STIPULATION AND [PROPOSED] ORDER WAIVING TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 |

STIP. AND ORDER WAIVING TIME             1

With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing the preliminary hearing date of June 15, 2021, at 10:30 a.m., to August 2, 2021, at 10:30 a.m. and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(b). This Court previously agreed to continue the date of the preliminary hearing and to exclude time under the Speedy Trial Act through June 15, 2021.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently charged by criminal complaint. The defendant is not in custody, having been released on an unsecured bond of $250,000 on April 20, 2021.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) & (B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from June 15, 2021 through August 2, 2021, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A).

///
///
///
///
///

6. Accordingly, and with the consent of the defendant, the Court (1) continues the preliminary hearing date of June 15, 2021, at 10:30 a.m. to August 2, 2021, at 10:30 a.m. before the Honorable Joseph C. Spero, and (2) orders that the period from June 15, 2021, through August 2, 2021 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial calculations under 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED:  June 10, 2021

/s/
ROBB ADKINS
Attorney for Defendant

DATED:  June 10, 2021

/s/
ALEXANDRA SHEPARD
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  June 10, 2021

HON. LAUREL BEELER
United States Magistrate Judge

STIP. AND ORDER WAIVING TIME                         3