AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CR 3:21-MJ-70609 MAG |
| JOHN FRANCIS PORTER, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant John Francis Porter

Date: June 23, 2021

/s/ Robb C. Adkins
*Attorney's signature*

ROBB C. ADKINS (SBA 194576)
*Printed name and bar number*
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
*Address*

radkins@bakerlaw.com
*E-mail address*

(415) 659-2600
*Telephone number*

(415) 659-2601
*FAX number*

