Robb C. Adkins (SBA 194576)
Kimberly S. Morris (SBA 249933)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA  94111
Telephone:    415.659.2600
Facsimile:     415.659.2601
Email:  radkins@bakerlaw.co
Email:  kmorris@bakerlaw.com

*Attorneys for Defendant JOHN FRANCIS PORTER*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FRANCIS PORTER,<br><br>Defendant. | CASE NO. CR 3:21-MJ-70609 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE RE: TRAVEL** |

Defendant John Francis Porter by and through his counsel of record, Robb C. Adkins, and the United States, by and through its counsel of record, Assistant United States Attorney Alexandra Shepard, stipulate and agree that the conditions of Mr. Porter's pretrial release as set in the Order Setting Conditions of Release and Appearance, Dkt. 8, shall be modified to permit him to travel to Kauai, Hawaii from July 26, 2021 to August 1, 2021 and to travel to Wyoming and Yellowstone National Park from August 7, 2021 to August 14, 2021.

Mr. Porter respectfully seeks this modification so that he may participate in a trip to Kauai that was delayed due to COVID-19 restrictions and a preplanned vacation with his extended family to Yellowstone National Park.

United States Pretrial Services Officer Bradley Wilson has stated he has no objection to the requested modification.

**IT IS SO STIPULATED.**

DATED:     June 23, 2021         Respectfully Submitted,


By: */s/ Robb C. Adkins*
     Robb C. Adkins
     Baker & Hostetler LLP
     Attorney for John Francis Porter

By: */s/ Alexandra Shepard*
     Alexandra Shepard
     Assistant United States Attorney


**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREON, IT IS SO ORDERED.


Dated: _____          _____
                                                     Hon. Laurel Beeler
                                                     United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE RE: TRAVEL - CASE NO. CR 3:21-MJ-70609 MAG

## **ATTESTATION**

I, Robb C. Adkins, am the ECF User whose identification and password are being used to file the **STIPULATED AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE RE: TRAVEL**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Alexandra Shepard has concurred in this filing.

Date:   June 23, 2021                                                         By:        */s/ Robb C. Adkins*
                                                                                         Robb C. Adkins

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL
RELEASE RE: TRAVEL - CASE NO. CR 3:21-MJ-70609 MAG