Robb C. Adkins (SBA 194576)
Kimberly S. Morris (SBA 249933)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: radkins@bakerlaw.co
Email: kmorris@bakerlaw.com

*Attorneys for Defendant JOHN FRANCIS PORTER*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOHN FRANCIS PORTER,<br><br>    Defendant. | CASE NO. CR 3:21-MJ-70609 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE RE: TRAVEL** |

Defendant John Francis Porter by and through his counsel of record, Robb C. Adkins, and the United States, by and through its counsel of record, Assistant United States Attorney Alexandra Shepard, stipulate and agree that the conditions of Mr. Porter's pretrial release as set in the Order Setting Conditions of Release and Appearance, Dkt. 8, shall be modified to permit him to travel to Kauai, Hawaii from July 26, 2021 to August 1, 2021 and to travel to Wyoming and Yellowstone National Park from August 7, 2021 to August 14, 2021.

Mr. Porter respectfully seeks this modification so that he may participate in a trip to Kauai that was delayed due to COVID-19 restrictions and a preplanned vacation with his extended family to Yellowstone National Park.

United States Pretrial Services Officer Bradley Wilson has stated he has no objection to the requested modification.

1

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE RE: TRAVEL - CASE NO. CR 3:21-MJ-70609 MAG

**IT IS SO STIPULATED.**

DATED:   June 23, 2021        Respectfully Submitted,

By: /s/ Robb C. Adkins
Robb C. Adkins
Baker & Hostetler LLP
Attorney for John Francis Porter

By: /s/ Alexandra Shepard
Alexandra Shepard
Assistant United States Attorney

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREON, IT IS SO ORDERED.

Dated: June 24, 2021

GRANTED
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA