| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Acting United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | SCOTT D. JOINER (CABN 223313)<br>Assistant United States Attorney |
| 5 | |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Scott.Joiner@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:21-mj-70609 MAG |
| Plaintiff, | ) ) | NOTICE OF SUBSTITUTION OF COUNSEL |
| v. | ) ) | |
| JOHN FRANCIS PORTER, | ) ) | |
| Defendant. | ) ) ) ) | |

   The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant United States Attorney Scott D. Joiner  appears in this matter in substitution of AUSA Alexandra Shepard.  Future ECF notices should be sent to Assistant United States Attorney Joiner with the following contact information: Scott D. Joiner, 450 Golden Gate Avenue, Box 36055 San Francisco California 94102-3495, Email: scott.joiner@usdoj.gov.  AUSA Alexandra Shepard should be removed from the list of persons to be noticed.

| | | |
|---|---|---|
| 1 | DATED:  July 28, 2021 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS |
| 3 | | Acting United States Attorney |

_____/S/_____
SCOTT D. JOINER
Assistant United States Attorney