Robb C. Adkins (SBA 194576)
Kimberly S. Morris (SBA 249933)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA  94111
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email:  radkins@bakerlaw.co
Email:  kmorris@bakerlaw.com

Attorneys for Defendant JOHN FRANCIS PORTER

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FRANCIS PORTER,<br><br>Defendant. | CASE NO. CR 3:21-MJ-70609 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE RE: TRAVEL** |

Defendant John Francis Porter by and through his counsel of record, Robb C. Adkins, and the United States, by and through its counsel of record, Assistant United States Attorney Scott D. Joiner, stipulate and agree that the conditions of Mr. Porter's pretrial release as set in the Order Setting Conditions of Release and Appearance, Dkt. 8, shall be modified to: (1) permit him to travel to Phoenix, Arizona from November 13, 2021 to November 15, 2021; and (2) permit Mr. Porter's travel to the Eastern District of California, in addition to the Northern District of California, which is already permitted.

Mr. Porter respectfully seeks this modification so that he may participate in a trip to Phoenix for an extended family event and so that he may travel to the Eastern District of California to visit close family who have recently given birth to a newborn.

United States Pretrial Services Officer Bradley Wilson has stated he has no objection to the requested modifications.

**IT IS SO STIPULATED.**

DATED: October 21, 2021                Respectfully Submitted,

By: */s/ Robb C. Adkins*
    Robb C. Adkins
    Baker & Hostetler LLP
    Attorney for John Francis Porter

By: */s/ Scott Joiner*
    Scott Joiner
    Assistant United States Attorney

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREON, IT IS SO ORDERED.

Dated: _____                _____
    Hon. Jacqueline Scott Corley
    United States Magistrate Judge

## ATTESTATION

I, Robb C. Adkins, am the ECF User whose identification and password are being used to file the **STIPULATED AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE RE: TRAVEL**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Scott Joiner has concurred in this filing.

Date:   October 21, 2021                        By:     */s/ Robb C. Adkins*
                                                                                                 Robb C. Adkins

3

STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE RE: TRAVEL - CASE NO. CR 3:21-MJ-70609 MAG