1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  SCOTT D. JOINER (CABN 223313)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Scott.Joiner@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,              )   NO. CR 21-MJ-70609 MAG
                                           )
14          Plaintiff,                     )   STIPULATION TO CONTINUE HEARING AND
                                           )   EXCLUDE TIME FROM OCTOBER 25, 2021 TO
15     v.                                  )   DECEMBER 6, 2021; [PROPOSED] ORDER
                                           )
16  JOHN FRANCIS PORTER,                   )
                                           )
17          Defendant.                     )
                                           )
   _____)
18

19         The Court previously granted a continuance and excluded time in this matter to October 25,

20  2021.  Considering the complex nature of the case, the time available for indictment, and ongoing

21  limitations caused by the current pandemic, the parties now request that the matter be continued and set

22  for a status hearing on December 6, 2021.

23         It is further stipulated by and between counsel for the United States and counsel for Defendant

24  John Porter, that time be excluded under the Speedy Trial Act from October 25, 2021 through December

25  6, 2021.  The defendant waives the time for a preliminary hearing on the Complaint under Rule 5.1 of

26  the Federal Rules of Criminal Procedure through December 6, 2021.  Pursuant to stipulation, the Court

27  previously waived time for the preliminary hearing and excluded time under the Speedy Trial Act

28  through and including December 6, 2021.

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
CR 21-MJ-70609 MAG

The parties stipulate that excluding time from October 25, 2021 through December 6, 2021, will allow for the effective preparation of counsel and is appropriate based on the complexity of the case, which involves hundreds of thousands of pages of documents, and the amount of time necessary to return and file an indictment within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h)(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))."); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy were definitely served by the sixty day extension.").

The parties further stipulate that the ends of justice served by excluding the time from October 25, 2021 through December 6, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), (iii), (iv).

SO STIPULATED.


DATED: October 21, 2021                    _____/s/_____

                                           SCOTT D. JOINER
                                           Assistant United States Attorney


DATED: October 21, 2021                    _____/s/_____

                                           ROBB ADKINS
                                           Counsel for Defendant John Porter

1

**[PROPOSED] ORDER**

2    Pursuant to stipulation, the appearance currently set for October 25, 2021, is HEREBY

3    CONTINUED to a status hearing on December 6, 2021.

4    Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

5    Court finds that failing to exclude the time from October 25, 2021 through December 6, 2021, would

6    unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

7    preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

8    Court also finds that excluding the time from October 25, 2021 through December 6, 2021, is

9    appropriate in light of the complex nature of the case and amount of time necessary to return and file an

10   indictment under the circumstances – including the limitations imposed by the current pandemic –

11   within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii),

12   3161(h)(7)(B)(iii); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA

13   makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-

14   indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e)).");

15   *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with

16   multiple defendant and ongoing investigations such as here, it may be quite unreasonable to expect the

17   preparation and return of an indictment within thirty days… In the case at bar, efficiency and economy

18   were definitely served by the sixty day extension.").

19    The Court further finds that the ends of justice served by excluding the time from October 25,

20   2021 through December 6, 2021, from computation under the Speedy Trial Act outweigh the best

21   interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties,

22   IT IS HEREBY ORDERED that the time from October 25, 2021 through December 6, 2021, shall be

23   excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), (iii), (iv).

24   The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal

25   Rules of Criminal Procedure and the time within which to conduct a preliminary hearing is waived with

26   / /

27   / /

28   / /

[PROPOSED] ORDER EXCLUDING TIME
CR 21-MJ-70609 MAG

1    the consent of the defendant through December 6, 2021.

2        IT IS SO ORDERED.

3

4    DATED: _____

                                   _____

5                                       HON. THOMAS S. HIXSON
                                      U.S. MAGISTRATE JUDGE