STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Lloyd.farnham @ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3:21-MJ-70609 MAG |
|     Plaintiff, ) | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 |
|     v. ) | |
| JOHN FRANCIS PORTER, ) | |
|     Defendant. ) | |

    Defendant John Francis Porter, by and through counsel, and the United States, by and through Assistant United States Attorney Lloyd Farnham, hereby stipulate and agree as follows:

    The above-captioned matter is currently scheduled for a preliminary hearing on January 19, 2022. Defendant and the government stipulate that the parties need additional time to meet and confer and to review materials relevant to this case. The parties therefore agree and jointly request that the preliminary hearing now set for January 19, 2022 be continued to March 23, 2022, for setting on the duty magistrate calendar.

    The parties stipulate and agree that excluding time from January 19, 2022 through and including March 23, 2022 will allow for the effective preparation of counsel and is appropriate based on the

complexity of the case and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days.").

The parties further stipulate and agree that the ends of justice served by excluding the time from January 19, 2022 through and including March 23, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

Defendant also agrees to continue to waive the time for a preliminary hearing on the criminal complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested preliminary hearing on March 23, 2022.

IT IS SO STIPULATED.

DATED:  January 14, 2022            Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

     /s/
LLOYD FARNHAM
Assistant United States Attorneys

DATED:  January 14, 2022                 /s/
ROBB ADKINS
Counsel for Defendant

### ORDER

With agreement of the parties and for the reasons stated above, the preliminary examination currently set for January 19, 2022 is continued to March 23, 2022 at 12 p.m.

Based upon the facts and representations set forth in the stipulation of the parties, and for good

STIPULATION TO CONTINUE PRELIMINARY HEARING
Case No. 21-CR-71679-MAG                            2

cause shown, the Court finds that failing to exclude the time from January 19, 2022 through and including March 23, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that excluding the time from January 19, 2022 through and including March 23, 2022, is appropriate in light of the volume of discovery and the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii). The Court further finds that the ends of justice served by excluding the time from January 19, 2022, through and including March 23, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from January 19, 2022, through and including March 23, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv). The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED: January 14, 2022

HONORABLE SALLIE KIM
United States Magistrate Judge