1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
   ALEXANDRA SHEPARD (CABN 205143)
6  Assistant United States Attorney

7       1301 Clay Street, Suite 340S
        Oakland, California 94612
8       Telephone: (510) 637-3932 & (415) 436-6767
        FAX: (510) 637-3724
9       katherine.lloyd-lovett@usdoj.gov
        alexandra.shepard@usdoj.gov
10

11 Attorneys for United States of America

12                         UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15
   UNITED STATES OF AMERICA,           ) No. 3:21-MJ-70609-MAG
16                                     )
        Plaintiff,                     ) NOTICE OF SUBSTITUTION OF COUNSEL
17                                     )
     v.                                )
18                                     )
   JOHN FRANCIS PORTER                 )
19                                     )
        Defendant.                     )
20                                     )

21
        The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise
22
   the Court that Assistant United States Attorney Katherine M. Lloyd-Lovett and Assistant United States
23
   Attorney Alexandra Shepard appear in this matter in substitution of Scott D. Joiner and AUSA Lloyd A.
24
   Farnham.  Future ECF notices should be sent to Assistant United States Attorney Katherine M. Lloyd-
25
   Lovett and Assistant United States Attorney Alexandra Shepard with the following contact information:
26
   ///
27
   ///
28
   NOTICE OF SUBSTITUTION OF COUNSEL        1                                           v. 11/1/2018
   3:21-MJ-70609-MAG

1. Katherine M. Lloyd-Lovett, 1301 Clay Street, Suite 340S, Oakland, California 94612, email: katherine.lloyd-lovett@usdoj.gov.

2. Alexandra Shepard, 450 Golden Gate Ave, 9th Floor, San Francisco, CA 94102, email: alexandra.shepard@usdoj.gov.

Scott D. Joiner and AUSA Lloyd A. Farnham should be removed from the list of persons to be noticed.

DATED: January 27, 2022                                     Respectfully submitted,

                                                            STEPHANIE M. HINDS
                                                            United States Attorney


                                                            _____/S/_____
                                                            KATHERINE M. LLOYD-LOVETT
                                                            Assistant United States Attorney