STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    alexandra.shepard@ usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3:21-MJ-70609 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING AND WAIVING TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 |
| v. | |
| JOHN FRANCIS PORTER, | |
| Defendant. | |

    Defendant John Francis Porter, by and through counsel, and the United States, by and through Assistant United States Attorney Alexandra Shepard, hereby stipulate and agree as follows:

    The above-captioned matter is currently scheduled for a preliminary hearing on May 23, 2022. Defendant and the government stipulate that the parties need additional time to meet and confer and to review materials relevant to this case. The parties therefore agree and jointly request that the preliminary hearing now set for May 23, 2022 be continued to June 29, 2022, for setting on the duty magistrate calendar.

    The parties stipulate and agree that excluding time from May 23, 2022 through and including June 29, 2022 will allow for the effective preparation of counsel and is appropriate based on the

complexity of the case and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b).  *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir. 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity, with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect the preparation and return of an indictment within thirty days.").

The parties further stipulate and agree that the ends of justice served by excluding the time from May 23, 2022 through and including June 29, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv).

Defendant also agrees to continue to waive the time for a preliminary hearing on the criminal complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the requested preliminary hearing on June 29, 2022.

IT IS SO STIPULATED.

DATED: May 17, 2022

Respectfully submitted,

STEPHANIE M. HINDS
United States Attorney

/s/
ALEXANDRA SHEPARD
Assistant United States Attorneys

DATED: May 17, 2022

/s/
ROBB ADKINS
Counsel for Defendant

STIPULATION TO CONTINUE PRELIMINARY HEARING
Case No. 21-CR-70609-MAG                                                    2

# [~~PROPOSED~~] ORDER

With agreement of the parties and for the reasons stated above, the preliminary examination currently set for May 23, 2022 is continued to June 29, 2022 at 10:30 a.m.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from May 23, 2022 through and including June 29, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that excluding the time from May 23, 2022 through and including June 29, 2022, is appropriate in light of the volume of discovery and the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii). The Court further finds that the ends of justice served by excluding the time from May 23, 2022, through and including June 29, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 23, 2022, through and including June 29, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv). The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED: May 18, 2022

_____
HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge