Robb Adkins (194576)
Kimberly S. Morris (249933)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Phone: (415)-659-2600
Fax:    (415)-659-2601
Email: radkins@bakerlaw.com
Email: kmorris@bakerlaw.com
*Attorneys for Defendant JOHN FRANCIS PORTER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN FRANCIS PORTER,<br><br>Defendant. | CASE NO. CR 3-21-MJ-70609 MAG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO MODIFY CONDITIONS OF**<br>**JOHN PORTER'S PRETRIAL RELEASE**<br>**RE: TRAVEL** |

Defendant John Francis Porter by and through his counsel of record, Robb C. Adkins, and the United States, by and through its counsel of record, Assistant United States Attorney Katherine M. Lloyd-Lovett, stipulate and agree that the conditions of Mr. Porter's pretrial release as set in the Order Setting Conditions of Release and Appearance, Dkt. 8, shall be modified to: (1) permit him to travel to Portsmouth, Rhode Island, from July 17, 2022 through July 24, 2022; (2) permit Mr. Porter's travel to the Central and Southern District of California from August 6, 2022 through August 13, 2022; (3) permit Mr. Porter's travel to Scottsdale, Arizona, from June 19, 2022 to June 30, 2022, and (4) permit Mr. Porter's travel to Denver, Colorado, as needed for work-related purposes.

Mr. Porter respectfully seeks this modification so that he may participate in preplanned

family vacations and for professional reasons.

Undersigned counsel for Mr. Porter has contacted the United States Pretrial Services Officer Bradley Wilson, who stated he has no objection to the requested modification.

**IT IS SO STIPULATED.**

DATED: May 27, 2022          Respectfully Submitted,

By: */s/ Robb Adkins*
Robb C. Adkins
Baker & Hostetler LLP
Attorney for John Francis Porter

By: */s/ Katherine M. Lloyd-Lovett*
Katherine M. Lloyd-Lovett
Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

Dated: May 27, 2022

_____
HON. JOSEPH C. SPERO
Chief United States Magistrate Judge