| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | ALEXANDRA SHEPARD (CABN 205143)<br>KATHERINE M. LLOYD-LOVETT (CABN 276256) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7234 |
| 8 | alexandra.shepard@ usdoj.gov<br>katherine.lloyd-lovett@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| 14 | UNITED STATES OF AMERICA, | ) | No. CR 3:21-MJ-70609 MAG |
| 15 | Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER |
| | | ) | CONTINUING PRELIMINARY HEARING AND |
| 16 | v. | ) ) | WAIVING TIME UNDER SPEEDY TRIAL ACT AND RULE 5.1 |
| 17 | JOHN FRANCIS PORTER, | ) | |
| 18 | Defendant. | ) ) ) | |

Defendant John Francis Porter, by and through counsel, and the United States, by and through Assistant United States Attorney Alexandra Shepard and Katherine M. Lloyd-Lovett, hereby stipulate and agree as follows:

The above-captioned matter is currently scheduled for a preliminary hearing on June 29, 2022. Defendant and the government stipulate that the parties need additional time to meet and confer and to review materials relevant to this case. The parties therefore agree and jointly request that the preliminary hearing now set for June 29, 2022 be continued to July 27, 2022, for setting on the duty magistrate calendar.

STIPULATION TO CONTINUE PRELIMINARY HEARING
Case No. 21-CR-70609-MAG                        1

1    The parties stipulate and agree that excluding time from June 29, 2022 through and including
2 July 27, 2022 will allow for the effective preparation of counsel and is appropriate based on the
3 complexity of the case and the amount of time necessary to return and file an indictment under the
4 circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii),
5 3161(h)(7)(B)(iii), 3161(h(7)(B)(iv); *see also United States v. Pete*, 525 F.3d 844, 852-53 (9th Cir.
6 2008) ("the STA makes no distinction regarding the applicability of the exclusions under § 3161(h)(1) to
7 the pre-indictment period (governed by § 3161(b)) and the pretrial period (governed by §§ 3161(c) and
8 (e))"); *United States v. Murray*, 771 F.2d 1324, 1328 (9th Cir. 1985) ("In cases of relative complexity,
9 with multiple defendants and ongoing investigations such as here, it may be quite unreasonable to expect
10 the preparation and return of an indictment within thirty days.").

11    The parties further stipulate and agree that the ends of justice served by excluding the time from
12 June 29, 2022 through and including July 27, 2022 from computation under the Speedy Trial Act
13 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A),
14 (B)(ii)-(iv).

15    Defendant also agrees to continue to waive the time for a preliminary hearing on the criminal
16 complaints in their respective cases under Rule 5.1 of the Federal Rules of Criminal Procedure until the
17 requested preliminary hearing on July 27, 2022.

18    IT IS SO STIPULATED.

19 DATED: June 9, 2022                  Respectfully submitted,

20                                      STEPHANIE M. HINDS
                                        United States Attorney
21

22                                       /s/
                                        ALEXANDRA SHEPARD
23                                      KATHERINE M. LLOYD-LOVETT
                                        Assistant United States Attorneys
24

25 DATED: June 9, 2022                   /s/
                                        ROBB ADKINS
26                                      Counsel for Defendant

27

28

STIPULATION TO CONTINUE PRELIMINARY HEARING
Case No. 21-CR-70609-MAG                               2

**[PROPOSED] ORDER**

With agreement of the parties and for the reasons stated above, the preliminary examination currently set for June 29, 2022 is continued to July 27, 2022 at 10:30 a.m.

Based upon the facts and representations set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from June 29, 2022 through and including July 27, 2022, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court also finds that excluding the time from June 29, 2022 through and including July 27, 2022, is appropriate in light of the complexity of the case, and the amount of time necessary to return and file an indictment under the circumstances within the time specified by 18 U.S.C. § 3161(b). *See* 18 U.S.C. §§ 3161(h)(7)(B)(ii), 3161(h)(7)(B)(iii). The Court further finds that the ends of justice served by excluding the time from June 29, 2022, through and including July 27, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 29, 2022, through and including July 27, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii)-(iv). The Court also orders that the time for a preliminary hearing be extended under Rule 5.1 of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

DATED:

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge