STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ALEXANDRA SHEPARD (CABN 205143)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Alexandra.shepard@usdoj.gov
    Katherine.lloyd-lovett@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL FREDERICK GIUSTI,<br><br>    Defendant. | NO. CR-21-00294 WHO<br>[FILED JULY 27, 2021] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RECOLOGY SAN FRANCISCO, et al.,<br><br>    Defendants. | NO. CR-21-00456 WHO<br>[FILED SEPTEMBER 9, 2021] |

NOTICE OF RELATED CASES
U.S. v. GIUSTI; US v. RECOLOGY S.F., et al.; US v. NURU; US v. PORTER     v. 7/10/2018

|    |                           |                                           |
|----|---------------------------|-------------------------------------------|
| 1  | UNITED STATES OF AMERICA, | ) NO. CR-21-00490 WHO                     |
|    |                           | ) [FILED DECEMBER 16, 2021]               |
| 2  |     Plaintiff,            | )                                         |
| 3  |     v.                    | )                                         |
| 4  | MOHAMMED NURU,            | )                                         |
| 5  |     Defendant.            | )                                         |
|    |                           |                                           |
| 7  | UNITED STATES OF AMERICA, | ) NO. CR-22-00270 CRB                     |
|    |                           | ) [FILED JULY 21, 2022]                   |
| 8  |     Plaintiff,            | )                                         |
|    |                           | ) NOTICE OF RELATED CASE IN A CRIMINAL    |
| 9  |     v.                    | ) ACTION                                  |
| 10 | JOHN FRANCIS PORTER,      | )                                         |
| 11 |     Defendant.            | )                                         |

The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the four above-captioned criminal cases are related. The newly-filed case is *United States v. John Francis Porter*, No. CR-22-00270 CRB. Defendant Porter is charged with conspiracy to commit bribery of a local official, Mohammed Nuru, and with bribery of Nuru. During the period of time relevant to the charges, Porter worked for entities charged in No. CR-21-00456 WHO. Paul Giusti is identified as a co-conspirator in Porter's indictment. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same events and occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because, if heard by separate judges, the actions likely would involve substantial duplication of labor by the two judges. Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

DATED: July 25, 2022                                Respectfully submitted,

                                                    STEPHANIE M. HINDS
                                                    United States Attorney

                                                    */s/ Katherine M. Lloyd-Lovett*
                                                    KATHERINE M. LLOYD-LOVETT
                                                    Assistant United States Attorney