UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMER⊞ , <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN FRANCIS PORTER , <br><br> Defendant(s). | Case No. 3:22-CR-00270-CRB-1 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3) |

I, Chardaie C. Charlemagne , an active member in good standing of the bar of

New York , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: John Francis Porter in the

above-entitled action. My local co-counsel in this case is Robb Christopher Adkins , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 194576 .

600 Montgomery St, #3100, SF, CA 94111
MY ADDRESS OF RECORD

415-659-2662
MY TELEPHONE # OF RECORD

ccharlemagne@bakerlaw.com
MY EMAIL ADDRESS OF RECORD

600 Montgomery St, #3100, SF, CA 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-659-2650
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

radkins@bakerlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 5196027 .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months

preceding this application.

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: 7/26/2022                                              /s/ Chardaie C. Charlemagne

5                                                                        APPLICANT

6

7

8                              ORDER GRANTING APPLICATION

9                    FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of ___Chardaie C. Charlemagne is

12 granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13 must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14 counsel designated in the application will constitute notice to the party.

15 Dated: ___July 27, 2022_____

16

17    _____

18                    UNITED STATES DISTRICT/~~MAGISTRATE JUDGE~~

19

20

21

22

23

24

25

26

27

28

2