UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** September 8, 2022     **Time:** 18 minutes 1:47 p.m. to 2:05 p.m.     **Judge:** WILLIAM H. ORRICK

**Case No.**: 22-cr-00270-WHO-1     **Case Name:** UNITED STATES v. Porter

**Attorney for Plaintiff:** Alexandra Shepard
**Attorney for Defendant:** Robb Adkins
Defendant of **John Francis Porter** – present (by video), on bond

**Deputy Clerk:** Jean Davis     **Reported by:** Marla Knox
**Interpreter:** n/a     **Probation Officer:** n/a

## PROCEEDINGS

Status Conference conducted via videoconference. The government has begun production of discovery, which is voluminous. The government also anticipates the filing of a superseding indictment. Defendant notes that the initial complaint was filed seventeen months ago, is anxious for the matter to proceed quickly, has recently requested a large amount of discovery, wants that discovery now and seeks a trial date compliant with the speedy trial rule, recognizing that he also wants to bring some pre-trial motions.

The matter will be continued one week. During that time counsel shall meet and confer in person no later than September 13 to discuss all of the issues each has raised. By Wednesday at 4:00 p.m. counsel shall file a statement reflecting their agreements and areas of disagreement for the Court's review. The statement should be joint statement if possible, although the Court recognizes that given the timing it may not be. Counsel should include why its party's proposal is as accommodating as possible with respect to any areas on which disagreement remains.

There is a disagreement whether or not time has been excluded through this date, and defense declines to stipulate to further exclusion of time. Counsel are directed to include the discussion of speedy trial issues in their meet and confer session and to attempt to come to agreement with respect to it and an appropriate trial schedule. Counsel for the government indicates that she will be transferring off the case and that new counsel is being added; new counsel should attend the meet and confer and must attend the hearing on September 15.

**CASE CONTINUED TO:** September 15, 2022, at 1:30 p.m. for further Status Conference