# ATTACHMENT 2

# BakerHostetler

Baker&Hostetler LLP

Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA  94111-2806

T 415.659.2600
F 415.659.2601
www.bakerlaw.com

August 24, 2022

Robb C. Adkins
direct dial: 415.659.2650
radkins@bakerlaw.com

**VIA E-MAIL (ALEXANDRA.SHEPHARD@USDOJ.GOV)**

Alexandra Shepard
Katherine Lloyd-Lovett
United States Attorney's Office
Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

Re:   United States v. Porter, 3:22-cr-00270-CRB – Discovery Production

Dear Ms. Shepard:

  We write to follow up on our discovery requests on behalf of our client, John Porter.  We sent you a detailed letter on August 12, 2002, requesting that you provide discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, including *United States v. Agurs*, 427 U.S. 97 (1976), *Giglio v. United States*, 405 U.S. 150 (1972), *Jencks v. United States,* 353 U.S. 657 (1957), and the Fifth and Sixth Amendments to the United States Constitution.  We asked that you notify us immediately whether you will adopt an "open file" approach to discovery.  We also requested that you affirm that you have complied, or will comply, with each of the specific discovery requests in the letter, and identify any specific requests with which you will not comply and state your basis for non-compliance by August 22, 2022, to allow time for us to respond to your position and, if necessary, raise specific discovery issues at the status conference scheduled for September 8, 2022.  We asked that you call us if you needed to discuss any of these matters.

  We have received no response from your office to the requests in our letter.  We remain hopeful of resolving as many discovery matters as possible without Court intervention, but with only two weeks until the status conference, we have received no discovery from you as yet and no statement of your position in response to our detailed requests.

  Your office chose to charge this case more than 16 months ago by filing a criminal complaint on April 13, 2021.  Your office then chose to indict this case on July 21, 2022.  You presumably acquired evidence upon which your charges were based more than 16 months ago, and have had sufficient time to produce the evidence in this matter.  As we have repeated to you

Alexandra Shepard
Katherine Lloyd-Lovett
August 24, 2022
Page 2


throughout this matter, Mr. Porter desires to exercise his right to a speedy trial and we do not intend to waive time or his right to a trial as soon as possible. Please provide a response to our letter dated August 12, 2022, and the discovery in support this matter, as required.


Sincerely,

*[signature]*

Robb C. Adkins
Partner