1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      FAX: (415) 436-7230
       david.ward@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) CASE NO. 22-CR-00270 WHO
                                            )
14 |        Plaintiff,                      ) NOTICE OF ADDITIONAL COUNSEL
                                            )
15 |    v.                                  )
                                            )
16 | JOHN FRANCIS PORTER,                   )
                                            )
17 |        Defendant.                      )
                                            )
18

19      TO THE COURT AND DEFENDANT AND COUNSEL:

20      The United States Attorney's Office hereby files this Notice of Additional Counsel to advise the

21 Court that Assistant United States Attorney David J. Ward  appears in this matter in addition to AUSAs

22 Alexandra Shepard and Katherine Lloyd-Lovett.  Future ECF notices should be sent to Assistant United

23 States Attorney Ward with the following contact information: David J. Ward, 450 Golden Gate Avenue,

24 Box 36055, San Francisco, CA, 94102, david.ward@usdoj.gov.  AUSAs Shepard and Lloyd-Lovett

25 remain as counsel for the government in this case.

26

27

28

| | | |
|---|---|---|
| 1 | Dated: September 15, 2022 | Respectfully submitted, |
| 2 | | STEPHANIE M. HINDS<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>DAVID J. WARD |
| 5 | | Assistant United States Attorney |