STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
ILHAM A. HOSSEINI (CABN 256274)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    david.ward@usdoj.gov
    ilham.hosseini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>JOHN FRANCIS PORTER<br><br>    Defendant. | Case No. CR 22-00270 WHO<br><br>**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, AND [PROPOSED] ORDER** |

On November 7, 2022, the defendant filed a *Notice of Motion and Motion to Dismiss the Indictment, or In The Alternative, For a Bill of Particulars*, in the above-captioned case. *See Dkt. 60.* Because the government intends to file a superseding indictment in this case on November 29, 2022, the government respectfully requests an extension of time to respond to defendant's motion.

**I.    Background**

The defendant was charged in this case by Complaint, filed in April 2021, and then an by Indictment, filed on July 21, 2022. *Dkt. 1, 40.* At a status hearing before the Court on September 8, 2022, defense counsel requested a trial date compliant with the Speedy Trial Act, and informed the

1

Court he planned to bring pretrial motions. *Dkt. 52* (Criminal Minutes 9/8/22). At the same hearing, the government informed the Court it planned on filing a superseding indictment. *Id.*

At a subsequent status hearing on September 15, 2022, defense counsel again informed the Court that the defendant would not waive time under the Speedy Trial Act, and requested trial date in December 2022. *Dkt. 56* (Criminal Minutes 9/15/22). The Court found that the case was complex and set a trial date of February 6, 2023. *Id.* At the same hearing, defense counsel again stated that he intended to file pretrial motions. *Id.*

The defendant then waited over seven weeks, filing his Motion to Dismiss on November 8, 2022. In a telephonic meet and confer with defense counsel prior to defendant's filing of the Motion to Dismiss, the government again stated it would be filing a superseding indictment, and said that it planned to do so on November 29, 2022. The government asked the defendant to stipulate that the opposition and the reply to the motion to dismiss be filed after the filing of the superseding indictment, because the filing of a superseding indictment could moot or result in changes to any arguments raised in the motion to dismiss. *See Dkt. 60* (Mot. to Dismiss). The defendant would not agree. *Id.* Instead, the defendant asks that the government be required to file its opposition by November 15, 2022, and that defendant then file a Reply by November 21, 2022. *Id.* Defendant also asks the Court to hold a hearing on the motion to dismiss on December 1, 2022, two days after the government will have filed a superseding indictment.

**II.     Argument**

The filing of a superseding indictment will likely moot at least some of defendant's arguments put forth in his Motion to Dismiss, and will result in a change in the charging document the Court must consider in weighing the Motion to Dismiss. It may also raise new issues the defendant may wish to challenge. To the extent the arguments are not moot, they should properly be considered by the Court based on the operative charging document, which will be the superseding indictment.

The defendant waited until November 8, 2022 to file a motion for which he had planned to file since August. To ask the Court to consider the defendant's motion, the government's opposition, and then the defendant's reply, all based on arguments that may well be moot after the filing of a superseding indictment, will result in a waste of judicial resources.

1  The government respectfully requests that it be permitted to file its Opposition to defendant's motion to dismiss no later than December 6, 2022, and that the defendant be allowed to file a Reply no later than December 13, 2022 to file a Reply. Further, the government will stipulate to a briefing schedule that would provide the defendant a reasonable amount of time to file an Amended Motion to Dismiss if he so chooses, and to accommodate the Court's schedule.

                                                STEPHANIE M. HINDS
                                                United States Attorney

Dated: November 10, 2022                 /s/ David J. Ward
                                                DAVID J. WARD
                                                ILHAM A. HOSSEINI
                                                Assistant United States Attorneys

**[PROPOSED] ORDER**

For good cause shown, it is hereby ordered that the government shall file its Opposition to Defendant's Motion to Dismiss the Indictment no later than December 6, 2022. The defendant may file a Reply no later than December 13, 2022.

**IT IS SO ORDERED.**

DATED: _____          _____
                                      HON. WILLIAM H. ORRICK
                                      UNITED STATES DISTRICT JUDGE