UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN FRANCIS PORTER,<br><br>Defendant. | Case No. 22-cr-00270-WHO-1<br><br>**ORDER SETTING BRIEFING/HEARING SCHEDULE**<br><br>Re: Dkt. No. 60 |

The parties have been unable to agree on the schedule for briefing and hearing on the motion defendant filed yesterday.  In light of the government's planned superseding indictment, which it believes may moot the pending motion, it makes sense to delay the briefing.  The government's response to the pending motion shall be due **December 5, 2022**.  Defendant's reply is due **December 12, 2022**.  A hearing on the motion is specially set for **December 19, 2022**, at 11 a.m. in Courtroom 2.

**IT IS SO ORDERED.**

Dated: November 14, 2022



William H. Orrick
United States District Judge