STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ILHAM A. HOSSEINI (CABN 256274)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    FAX: (415) 436-7234
    ilham.hosseini@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-CR-00270-WHO |
| Plaintiff, | |
| v. | NOTICE OF SUBSTITUTION OF COUNSEL |
| JOHN FRANCIS PORTER, | |
| Defendant. | |

The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court that Assistant U.S. Attorney Ilham A. Hosseini appears in this matter in substitution of Assistant U.S. Attorney Alexandra Shepard.  Future ECF notices should be sent to Assistant U.S. Attorney Ilham A. Hosseini with the following contact information: ILHAM A. HOSSEINI (CABN 256274), Assistant United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102-3495, Telephone: (415) 436-7196; FAX: (415) 436-7234, Ilham.Hosseini@usdoj.gov.

Assistant U.S. Attorney Alexandra Shepard should be removed from the list of persons to be noticed.

\\

| | |
|---|---|
| 1  DATED: November 15, 2022 | Respectfully submitted, |
| 2 | |
| 3 | STEPHANIE M. HINDS<br>United States Attorney |
| 4 | */s/ Ilham A. Hosseini* |
| 5 | ILHAM A. HOSSEINI<br>Assistant United States Attorney |

2