1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   ILHAM A. HOSSEINI (CABN 256274)
5  Assistant United States Attorney

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         FAX: (415) 436-7230
8        david.ward@usdoj.gov
         ilham.hosseini@usdoj.gov
9
   Attorneys for United States of America
10
                    UNITED STATES DISTRICT COURT
11
                 NORTHERN DISTRICT OF CALIFORNIA
12
                       SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,          )  Case No. CR 22-00270 WHO
                                      )
15        Plaintiff,                  )  **UNITED STATES' OBJECTION TO REPLY**
                                      )  **BRIEF AND MOTION FOR LEAVE TO FILE**
16    v.                              )  **SURREPLY AND TO RESET BRIEFING**
                                      )  **SCHEDULE**
17                                    )
   JOHN FRANCIS PORTER                )
18                                    )
          Defendant.                  )
19                                    )
                                      )
20

21        On November 7, 2022, the defendant filed a *Notice of Motion and Motion to Dismiss the*

22 *Indictment, or In The Alternative, For a Bill of Particulars*, in the above-captioned case.  *See Dkt. 60.*

23 On November 29, 2022, the government filed a Superseding Indictment, adding one count of

24 Conspiracy to Commit Honest Services Wire and Mail Fraud, two counts of Honest Services Wire

25 Fraud, and one count of Honest Services Mail Fraud.  *Dkt. 67.*  The Superseding Indictment re-alleged

26 one count of Conspiracy to Commit Bribery and one count of Bribery, both charges that were in the

27 original indictment.  *Id.*  On December 5, 2022, the government filed its Opposition to defendant's

28 motion to dismiss.  On December 12, 2022, defendant filed a *Reply in Support of Motion to Dismiss, or*

                                      1

1  *in the Alternative, For a Bill of Particulars. Dkt. 71.*  Because the Superseding Indictment was filed

2  subsequent to defendant's filing of his motion to dismiss and contains new charges, defendant's reply

3  includes new arguments addressing the new charges in the Superseding Indictment.  *Id.*

4       Given this, the parties stipulate and agree that the government should be granted leave to file a

5  Surreply, and that the December 19, 2022 date for the hearing on the motion to dismiss be vacated and

6  that the parties appear before the Court on January 5, 2022 at 1:30 p.m. for a hearing and argument on

7  the motion to dismiss.  The parties have contacted the Court's deputy and confirmed the Court's

8  availability on that date and time.

9       Therefore, the parties jointly stipulate and request that the Court order that the government may

10  file a Surreply to Defendant's Reply no later than December 23, 2022.  The parties further stipulate and

11  request that the Court vacate the December 19, 2022 hearing on the motion to dismiss, and order the

12  parties to appear on January 5, 2023, at 1:30 p.m. for arguments on the motion to dismiss.

13       SO STIPULATED.

14

15                                               STEPHANIE M. HINDS
                                                 United States Attorney
16

17

18  Dated: December 15, 2022              __*/s/ David J. Ward*_____
                                          DAVID J. WARD
19                                        ILHAM A. HOSSEINI
                                          Assistant United States Attorneys
20

21

22  Dated: December 15, 2022              __*/s/ w/ permission*_____
                                          ROBB C. ADKINS
23                                        CHARDAIE C. CHARLEMAGNE
                                          Attorneys for Defendant Porter
24

25

26

27

28

1

**[PROPOSED] ORDER**

2      Based on the stipulation of the parties, and for good cause shown, it IS HEREBY ORDERED

3  that the government may file a Surreply to the defendant's Reply in Support of Motion to Dismiss no

4  later than December 23, 2022.  The Court further ORDERS that the motion hearing set for December

5  19, 2022 be vacated and orders the parties to appear before the Court January 5, 2023 at 1:30 p.m. for

6  argument on defendant's motion to dismiss.

7

8      **IT IS SO ORDERED.**

9

10  DATED: _____              _____

11                                              HON. WILLIAM H. ORRICK
                                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28