STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
ILHAM A. HOSSEINI (CABN 256274)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    david.ward@usdoj.gov
    ilham.hosseini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-00270 WHO |
| Plaintiff, | **[PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE SURREPLY AND TO RESET BRIEFING SCHEDULE** |
| v. | |
| JOHN FRANCIS PORTER | |
| Defendant. | |

On November 7, 2022, the defendant filed a *Notice of Motion and Motion to Dismiss the Indictment, or In The Alternative, For a Bill of Particulars*, in the above-captioned case. *See Dkt. 60.* On November 29, 2022, the government filed a Superseding Indictment, adding one count of Conspiracy to Commit Honest Services Wire and Mail Fraud, two counts of Honest Services Wire Fraud, and one count of Honest Services Mail Fraud. *Dkt. 67.* The Superseding Indictment re-alleged one count of Conspiracy to Commit Bribery and one count of Bribery, both charges that were in the original indictment. *Id.* On December 5, 2022, the government filed its Opposition to defendant's motion to dismiss. On December 12, 2022, defendant filed a *Reply in Support of Motion to Dismiss, or*

1

*in the Alternative, For a Bill of Particulars. Dkt. 71.* Because the Superseding Indictment was filed subsequent to defendant's filing of his motion to dismiss and contains new charges, defendant's reply includes new arguments addressing the new charges in the Superseding Indictment. *Id.*

Given this, the parties stipulate and agree that the government should be granted leave to file a Surreply, and that the December 19, 2022 date for the hearing on the motion to dismiss be vacated and that the parties appear before the Court on January 5, 2022 at 1:30 p.m. for a hearing and argument on the motion to dismiss. The parties have contacted the Court's deputy and confirmed the Court's availability on that date and time.

Therefore, the parties jointly stipulate and request that the Court order that the government may file a Surreply to Defendant's Reply no later than December 23, 2022. The parties further stipulate and request that the Court vacate the December 19, 2022 hearing on the motion to dismiss, and order the parties to appear on January 5, 2023, at 1:30 p.m. for arguments on the motion to dismiss.

SO STIPULATED.

                                                STEPHANIE M. HINDS
                                                United States Attorney

Dated: December 15, 2022                     */s/ David J. Ward*
                                                DAVID J. WARD
                                                ILHAM A. HOSSEINI
                                                Assistant United States Attorneys

Dated: December 15, 2022                     */s/ w/ permission*
                                                ROBB C. ADKINS
                                                CHARDAIE C. CHARLEMAGNE
                                                Attorneys for Defendant Porter

# [PROPOSED] ORDER

Based on the stipulation of the parties, and for good cause shown, it IS HEREBY ORDERED that the government may file a Surreply to the defendant's Reply in Support of Motion to Dismiss no later than December 23, 2022. The Court further ORDERS that the motion hearing set for December 19, 2022 be vacated and orders the parties to appear before the Court January 5, 2023 at 1:30 p.m. for argument on defendant's motion to dismiss.

**IT IS SO ORDERED.**

DATED: December 15, 2022

_____
HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE