UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

**Date:** January 5, 2023　　**Time:** 15 minutes　　**Judge:** WILLIAM H. ORRICK

2:03 p.m.to 2:18 p.m.

**Case No.**: 22-cr-00270-WHO-1　　**Case Name:** UNITED STATES v. Porter

**Attorneys for Plaintiff:**　David Ward and Ilham Hosseini
**Attorneys for Defendant:**　Chardaie Charlemagne and Robb Adkins
　　　　　　　　　　　　　　Defendant **John Francis Porter** – present, on bond

**Deputy Clerk:** Jean Davis　　　　　　　　**Reported by:** Ruth Levine Ekhouse
**Interpreter:** n/a　　　　　　　　　　　　**Probation Officer:**

## PROCEEDINGS

Motion hearing conducted and scheduling issues discussed. The Court presents tentative, queries counsel as to specific issues, and hears their arguments as to the motion to dismiss. The motion is taken under submission; a written order will follow.

 Scheduling issues discussed. The Court agrees to adopt a revised stipulation to move the trial date, notes that the current calendar may not allow trial until July 10, 2023, but agrees to trail the matter behind the previously set trials occurring between April 7 and June 20.  The **Pretrial Conference** is set for **April 3, 2023 at 2:00 p.m.** Counsel will submit a revised stipulation and order continuing the trial schedule based on this information.