ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
ILHAM A. HOSSEINI (CABN 256274)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    david.ward@usdoj.gov
    ilham.hosseini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00270 WHO |
| Plaintiff, | |
| v. | DECLARATION OF DAVID J. WARD IN SUPPORT OF UNITED STATES' MOTION TO EXCLUDE EXPERT TESTIMONY |
| JOHN FRANCIS PORTER, | |
| Defendant. | |

I, David J. Ward, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

2. Attached as **Exhibit A** is a true and correct copy of the Expert Report of Ann Ravel and attached exhibits, which was provided to the government on February 27, 2023.

3. Attached as **Exhibit B** is a true and correct copy of a March 2, 2023 letter from Assistant U.S. Attorneys David Ward and Ilham Hosseini to defendant Porter related to defendant's expert disclosure.

WARD DECL. ISO MOT. TO EXCLUDE EXPERT
22-CR-00270 WHO.

1

4. Attached as **Exhibit C** is a true and correct copy of a March 13, 2023 letter from Robb Adkins, counsel for defendant Porter, in response to the government's March 3, 2023 letter.

Executed this 4th day of April, 2023, in San Francisco, California.

>　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ David Ward*
>　　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID J. WARD
>　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

WARD DECL. ISO MOT. TO EXCLUDE EXPERT
22-CR-00270 WHO.

2