Robb C. Adkins (SBN 194576)
Sam A. Camardo (*Admitted Pro Hac Vice*)
Chardaie C. Charlemagne (*Admitted Pro Hac Vice*)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: radkins@bakerlaw.com
       scamardo@bakerlaw.com
       ccharlemagne@bakerlaw.com

*Attorneys for Defendant John Francis Porter*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:22-cr-270-WHO |
| Plaintiff, | Hon. William H. Orrick |
| v. | **STIPULATION TO SET BRIEFING SCHEDULE ON MOTION TO EXCLUDE EXPERT TESTIMONY AND [PROPOSED] ORDER** |
| JOHN PORTER, | |
| Defendant. | |

On April 4, 2023, the United States filed a Motion to Exclude Expert Testimony. D.E. 85. The Parties have met and conferred regarding a briefing schedule for the United States' motion and stipulate, pursuant to Crim. L.R. 47-4, that:

1. Defendant John Porter's opposition brief shall be filed on or before April 14, 2023.

2. Any reply brief by the United States shall be filed on or before April 21, 2023.

The Parties have also agreed that they shall be prepared to argue the motion at the pretrial conference previously scheduled for April 25, 2023.

The parties respectfully request that the Court enter the parties' stipulated briefing schedule.

**IT IS SO STIPULATED.**

                                      ISMAIL J. RAMSEY
                                      United States Attorney

Dated: April 6, 2023                /s/ DAVID J. WARD
                                      Assistant United States Attorney

                                      /s/ ILHAM A. HOSSEINI
                                        Assistant United States Attorney


Dated: April 6, 2023                /s/ ROBB ADKINS
                                      Counsel for Defendant JOHN FRANCIS PORTER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

1  **IT IS SO ORDERED.**

3  Dated: _____

_____
HON. WILLIAM H. ORRICK
United States District Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO