Robb C. Adkins (SBN 194576)
Sam A. Camardo (*Admitted Pro Hac Vice*)
Chardaie C. Charlemagne (*Admitted Pro Hac Vice*)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA  94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: radkins@bakerlaw.com
        scamardo@bakerlaw.com
        ccharlemagne@bakerlaw.com

*Attorneys for Defendant John Francis Porter*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **Case No.: 3:22-cr-270-WHO** |
| Plaintiff, | ) |
| | ) **Hon. William H. Orrick** |
| v. | ) |
| | ) **STIPULATION TO SET BRIEFING** |
| | ) **SCHEDULE ON MOTION TO** |
| JOHN PORTER, | ) **EXCLUDE EXPERT TESTIMONY** |
| | ) **AND ORDER** |
| Defendant. | ) |
| | ) |

On April 4, 2023, the United States filed a Motion to Exclude Expert Testimony.  D.E. 85. The Parties have met and conferred regarding a briefing schedule for the United States' motion and stipulate, pursuant to Crim. L.R. 47-4, that:

1.  Defendant John Porter's opposition brief shall be filed on or before April 14, 2023.

2.  Any reply brief by the United States shall be filed on or before April 21, 2023.

The Parties have also agreed that they shall be prepared to argue the motion at the pretrial conference previously scheduled for April 25, 2023.

The parties respectfully request that the Court enter the parties' stipulated briefing schedule.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**IT IS SO STIPULATED.**

ISMAIL J. RAMSEY
United States Attorney

Dated: April 6, 2023          /s/ DAVID J. WARD
                              Assistant United States Attorney

                              /s/ ILHAM A. HOSSEINI
                              Assistant United States Attorney

Dated: April 6, 2023          /s/ ROBB ADKINS
                              Counsel for Defendant JOHN FRANCIS
                              PORTER

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

**IT IS SO ORDERED.  Because of the Court's CMC calendar, the pretrial conference will begin at 3:00 p.m. on April 25, 2023.**

Dated: April 6, 2023

_____
HON. WILLIAM H. ORRICK
United States District Judge

- 3 -

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO