Robb C. Adkins (SBN 194576)
Sam A. Camardo (*Admitted Pro Hac Vice*)
Chardaie C. Charlemagne (*Admitted Pro Hac Vice*)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: radkins@bakerlaw.com
        scamardo@bakerlaw.com
        ccharlemagne@bakerlaw.com

*Attorneys for Defendant John Francis Porter*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN FRANCIS PORTER,<br><br>Defendant. | **CASE NO.: 22-CR-270-WHO**<br><br>**HON. WILLIAM H. ORRICK**<br><br>**DECLARATION OF ROBB C. ADKINS IN SUPPORT OF DEFENDANT JOHN FRANCIS PORTER'S MOTIONS *IN LIMINE*** |

1.   I am an attorney licensed to practice law in the State of California. I am a Partner at the law firm Baker & Hostetler LLP, counsel for defendant John Francis Porter in this matter. I submit this declaration in support of Mr. Porter's Motions *in Limine*. I am familiar with and have personal knowledge of the pleadings and proceedings in this case and the facts set forth in this declaration, and if called upon as a witness thereto, I could testify competently under oath.

2.   Attached as **Exhibit A** is a true and correct copy is Recology's Deferred Prosecution Agreement, dated September 9, 2021.

3.   Attached as **Exhibit B** is a true and correct copy of the USA Today article by Edward Iwata, *Debate heats up on Justice's deferred-prosecution deals*, dated May 31, 2006.

4. Attached as **Exhibit C** is a true and correct copy of the Recology presentation to the Department of Justice regarding the Grand Jury subpoena, dated March 19, 2021, filed under seal.

5. Attached as **Exhibit D** is a true and correct copy the email from Mr. David Ward to counsel for Mr. Porter, dated April 7, 2023.

6. Attached as **Exhibit E** is a true and correct copy of the email from Mr. Porter to Ms. Ann Carey, and its attachment, dated January 8, 2019, and Bates stamped REC-DOJ-0257455, filed under seal.

7. Attached as **Exhibit F** is a true and correct copy is the memorandum from Ms. Julia Dawson to Mr. Porter, dated March 9, 2020, and Bates stamped CCSF (DPW)-0000163450, filed under seal.

8. Attached as **Exhibit G** is a true and correct copy of the email from Ms. Anny Carey to Ms. Emily Ginsburg, Mr. Garth Schultz, Ms. Claire Wilson, and Ms. Julia Dawson, dated January 17, 2020, and Bates stamped US-FBI-RECGJ-00050266.

9. Attached as **Exhibit H** is a true and correct copy of the City of San Francisco's Company complaint against Recology San Francisco, dated March 4, 2021.

10. Attached as **Exhibit I** is a true and correct copy of the Notice of Entry of Consent Judgment between the City of San Francisco and Recology, dated July 7, 2021.

11. Attached as **Exhibit J** is a true and correct copy the email from Mr. David Ward to counsel for Mr. Porter, dated February 13, 2023.

12. Attached as **Exhibit K** is a true and correct copy of the email from Mr. Paul Giusti to Ms. Joela MacDula, dated May 24, 2018, and Bates stamped REC-DOJ-1130957, filed under seal.

13. Attached as **Exhibit L** is a true and correct copy of the plea agreement of Mr. Paul Giusti, dated July 27, 2021.

14. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 11, 2023, in San Francisco, California.

                                            */s/ Robb. C. Adkins*
                                            Robb C. Adkins
                                            Counsel for Defendant John Francis Porter