# **EXHIBIT G**

## Re: R3 comments on COLA email Recology questions?

| | |
|---|---|
| From: | Ann Carey <sfcarey@yahoo.com> |
| To: | Emily Ginsburg <eginsburg@r3cgi.com>, Garth Schultz <gschultz@r3cgi.com> |
| Cc: | Claire Wilson <cwilson@r3cgi.com>, Dawson Julia (DPW) <julia.dawson@sfdpw.org> |
| Date: | Fri, 17 Jan 2020 09:59:47 -0800 |

Garth,

While SFE seems convinced that ZWI does provide an incentive, it doesn't seem to be accomplishing much in terms of advancing the "zero waste" goal (if that is the intention). Public Works has pushed to use funds to offset COLA as a way to keep too much cash from building up in this account and to give back to ratepayers funds that probably shouldn't have been collected in the first place. We pushed back on this in the last rate proceeding, and I recall asking R3 if from your experience with other jurisdictions you've seen better ways to "incentivize" the collection companies, but we were probably too far into the process. FYI Recology did actually earn Tiers 1 & 2 in RY13 (see Exhibit 49).

As for going forward, if R3 has some thoughts about better incentive mechanisms, perhaps there's room in Task 3.5 (Standardized Format) to bring those ideas up and discuss conceptually before next application is submitted. I agree that entire tracking of ZWI funds is confusing, at the least. I'm working on a flowchart (similar to the one I did for Special Reserve Fund, which thankfully is almost gone), hope to have it by Tuesday's meeting.

Ann

> On Thursday, January 16, 2020, 5:28:55 PM PST, Garth Schultz <gschultz@r3cgi.com> wrote:
>
> Ann,
>
> Well stated, and everything you state below lines up well with my thinking, in particular ways of applying the excess revenue to needed projects. There might also be a question of whether there should be a COLA "freeze" until such time as expenses catch up with the excess revenues.
>
> I absolutely agree that all future rate making should consider GROSS rate-payer revenues when calculating rate adjustments, and the rate reports and rate applications should clearly show all the revenue components paid by rate payers in addition to the non-rate payer revenues (ZWI incentives) applied to Recology's compensation.
>
> This may be an unpopular opinion, but I wonder if there is any ability to open up a discussion about the ZWI incentives going forward – I think that they are a complicating factor to revenue accounting (and rate calculations) that lend themselves to error. While I know that SFE and PW appreciate that they generate revenues that can be used to offset future rate increases and/or fund special projects, the fact they are never achieved begs the question whether there is a better way of accomplishing the outcomes that the ZWI incentives are actually used for. Probably a non-starter I realize, but may worth be discussion internally if nowhere else.
>
> Thanks,
>
> Garth Schultz | *Principal*
>
> R3 CONSULTING GROUP, INC.
>
> Resources | Respect | Responsibility

US-FBI-RECGJ-00050266

US-FBI-RECGJ-00050266

| | |
|---|---|
| OFFICE: | 2600 Tenth Street, Suite 424, Berkeley, CA 94710 |
| TEL: | (510) 647-9674 |
| CELL: | (510) 292-0853 |
| EMAIL: | gschultz@r3cgi.com |
| WEB: | www.r3cgi.com |

From: Ann Carey <sfcarey@yahoo.com>
Sent: Thursday, January 16, 2020 5:17 PM
To: Emily Ginsburg <eginsburg@r3cgi.com>; Garth Schultz <gschultz@r3cgi.com>
Cc: Claire Wilson <cwilson@r3cgi.com>; Dawson Julia (DPW) <julia.dawson@sfdpw.org>
Subject: Re: R3 comments on COLA email Recology questions?

Thanks, Garth. Emily thought you might have some insight from your discussions with Recology and/or John Porter. He advised us of the "error" in one of our O/R meetings last year (think you were there) and shared his annotations trying to explain what was missing. He hypothesized that Table F.1 represented only Recology net revenues (since they don't think of the money they collect from ratepayers as "revenue" per se) and that was from the original standardized format of 2001.

As for the error in required rate increase, while it's a problem from 2017, it was less of a problem in prior years when (1) the Impound Account funding wasn't so big, and (2) some of Impound Account funding was shown at RSF (somehow it got factored into rates differently).

Regardless, there's no retroactive rate-making, although Public Works is thinking of ways to have Recology apply the "excess" to some needed investment. More importantly, we need to try and avoid such errors going forward. To that end, Julia and I are very keen in revising standardized format to ensure we're showing GROSS revenues, as well as GROSS expenditures (for example, Recycling Revenues are currently accounted for NET of processing costs -- RSF Schedule F.3).

It also suggests some changes to the rate reports. In particular, as long as Recology collects and sets aside ZWI funds, then doesn't make their diversion targets, when tiers are used to offset rates that becomes "revenue" to Recology and should be included in that year's O/R calculation. We also need to think about this in terms of revenue recognition (i.e., accrual accounting); I notice in the appendix that some of the ZWI fund transactions do not align with "rate year." But for purposes of calculating O/R, I think we need to think accrual.

We have a lot to discuss next week! See you then.

Ann

> On Thursday, January 16, 2020, 4:55:50 PM PST, Garth Schultz <gschultz@r3cgi.com> wrote:
>
>
> Ann,
>
> I am gaining insight on this, and will report out next week during our meeting.
>
> In short, it does appear that the revenues reported in the Rate Application Tab F.1 did not include the Impound Account, which does appear to result in an incorrect (higher than it should be) rate increase calculation. It isn't clear how this could have been known to R3 (or anyone else) because Recology did not report this fact in the application. This appears to be a flaw in the rate adjustment calculation format, and will need to be accounted for and corrected going forward.
>
> We're still unpackaging what this means, and look forward to discussion on the topic.
>
> Thanks,
>
> Garth Schultz | *Principal*
> R3 CONSULTING GROUP, INC.

US-FBI-RECGJ-00050267

US-FBI-RECGJ-00050266

Resources | Respect | Responsibility

OFFICE: 2600 Tenth Street, Suite 424, Berkeley, CA 94710
TEL:    (510) 647-9674
CELL:   (510) 292-0853
EMAIL:  gschultz@r3cgi.com
WEB:    www.r3cgi.com

---

**From:** Ann Carey <sfcarey@yahoo.com>
**Sent:** Tuesday, January 14, 2020 4:53 PM
**To:** Emily Ginsburg <eginsburg@r3cgi.com>
**Cc:** Garth Schultz <gschultz@r3cgi.com>; Claire Wilson <cwilson@r3cgi.com>; Dawson Julia (DPW) <Julia.Dawson@sfdpw.org>
**Subject:** Re: R3 comments on COLA email Recology questions?

Thanks, Emily. Perhaps Garth has some insight for last rate proceedings on RSS/RGG revenue projections (the F.1 + B.3 intersection).

Ann

Sent from my iPad

> On Jan 14, 2020, at 1:17 PM, Emily Ginsburg <eginsburg@r3cgi.com> wrote:
>
> Hi Ann,
>
> We are reviewing these items and anticipate sending you a consolidated set of questions / comments tomorrow. Thanks again for looping us in,
>
> Emily Ginsburg | *Senior Project Analyst*
> **R3 CONSULTING GROUP, INC.**
> Resources | Respect | Responsibility
>
> OFFICE: 2600 Tenth Street, Suite 424, Berkeley, CA 94710
> TEL:    (510) 647-9674
> CELL:   (510) 350-6152
> EMAIL:  eginsburg@r3cgi.com
> WEB:    www.r3cgi.com
>
> **From:** Ann Carey <sfcarey@yahoo.com>
> **Sent:** Tuesday, January 14, 2020 8:26 AM
> **To:** Emily Ginsburg <eginsburg@r3cgi.com>; Garth Schultz <gschultz@r3cgi.com>; Claire Wilson <cwilson@r3cgi.com>
> **Cc:** Dawson Julia (DPW) <julia.dawson@sfdpw.org>
> **Subject:** R3 comments on COLA email Recology questions?
>
> Dear Garth, Emily, and Claire,
>
> I've sent a draft email on COLA (to be sent to SFE) and draft questions for Recology on RY17 and RY18 baselines. We'd like to get these to Recology this week and set up a meeting with them soon (hopefully first week in February).
>
> Please let me know if you will have questions/comments on either of these two items soon, so that we can proceed to forward them to recipients.
>
> Thanks, Ann
>
>> On Friday, November 8, 2019, 2:40:58 PM PST, Garth Schultz <gschultz@r3cgi.com> wrote:
>>
>> Ann,
>>
>> We'll see what we can do this month. Our availability in the New Year is virtually open - it's the slew of unanticipated requests for support on larger than normal rate increases (including like almost 10 of those since we've met) that has me nervous, and they are all essentially due by 12/15. I'd rather be prepared for the next meeting than behind, given that we have a host of items that need action by various Council's between now and the end of the year.
>>
>> If it is preferred, we can try to keep 12/11, and I do understand the transition time period for you. In order to

US-FBI-RECGJ-00050268

US-FBI-RECGJ-00050266

do so, however, I would need to engage another R3 team member other than Emily and me. If we could get that approval, I would be a lot more comfortable.

Also, I am not clear whether the Task Order that we provided has approved and executed - I'll follow up with Jack.

Garth Schultz | Principal
R3 CONSULTING GROUP, INC.
Resources | Respect | Responsibility
OFFICE: 2600 Tenth Street, Suite 424, Berkeley, CA 94710
TEL:     (510) 647-9674
CELL:    (510) 292-0853
EMAIL:   gschultz@r3cgi.com
WEB:     www.r3cgi.com

-----Original Message-----
From: Ann Carey <sfcarey@yahoo.com>
Sent: Friday, November 8, 2019 2:36 PM
To: Garth Schultz <gschultz@r3cgi.com>
Cc: Emily Ginsburg <eginsburg@r3cgi.com>; Dawson Julia (DPW) <Julia.Dawson@sfdpw.org>
Subject: Re: SRF disbursements

Hi Garth,

I'm not sure that you need to put much effort into reviewing SRF transfers; Julia is tasking Public Works staff with some of the more routine monitoring of the Recology rate reports. We're really hoping that R3 can pin down the baseline comparisons (e .g., RY17 as projected in the application versus actual as reported in rate report) and two completed rate years (RY18 & RY19) so that we can get a better handle on financial performance.

I will defer to Julia on pushing December meeting to January, but hope this is not an indication of R3's ability to commit resources and meet schedule. We are admittedly behind, and are hoping that a focused effort by R3 will bring us up to date. Also, my availability drops off significantly in the new year, so hoping to effect transition soon.

Hope that helps.

Cheers, Ann

Sent from my iPad

> On Nov 8, 2019, at 2:09 PM, Garth Schultz <gschultz@r3cgi.com> wrote:
>
> Thanks Ann,
>
> We'll start to review. I'm wondering if we could push our initial meeting to January - we are in a final push to get rates in about a 20 cities adopted between now and the end of the year, and it is looking to be much more of a crunch than originally anticipated. I'm having a hard time seeing a path to do anything else between now and 12/31. That will ease up significantly in the new year.
>
> Please let me know what you think.
>
> Garth
>
> Garth Schultz | Principal
> R3 CONSULTING GROUP, INC.
> Resources | Respect | Responsibility
> OFFICE: 2600 Tenth Street, Suite 424, Berkeley, CA 94710
> TEL:     (510) 647-9674
> CELL:    (510) 292-0853
> EMAIL:   gschultz@r3cgi.com
> WEB:     www.r3cgi.com
>
> -----Original Message-----
> From: Ann Carey <sfcarey@yahoo.com>
> Sent: Wednesday, November 6, 2019 12:57 PM
> To: Garth Schultz <gschultz@r3cgi.com>; Emily Ginsburg <eginsburg@r3cgi.com>
> Cc: Dawson Julia (DPW) <julia.dawson@sfdpw.org>
> Subject: SRF disbursements
>
> Dear Garth and Emily,
>
> Per our meeting of 10/23, I have prepared a schedule of disbursements from and between the "old" special reserve fund and the "new" reserve fund, per the various rate orders. See attached. Hopefully this can be used to confirm that the scheduled transfers are made. I would note that as of the first quarter report for

RY19 (the last report I could find on-line), Recology had not made the $2.5M transfer that was approved by the Rate Board in 2016; they are aware of it, and hopefully it has been made and will show up in a later quarterly (or annual) rate report.  Given that we're now into RY20, most of the transfers should have occurred and we'll be able to close out the "old" SRF on 6/30/20.
>
> I hope we're still on track for our meeting on December 11th @ 10:30 a.m.  Looking forward to seeing your initial tabulations.
>
> Thanks, Ann