# **EXHIBIT J**

| | |
|---|---|
| **From:** | Ward, David (USACAN) |
| **To:** | Adkins, Robb C.; Charlemagne, Chardaie C. |
| **Cc:** | Hosseini, Ilham (USACAN) |
| **Subject:** | United States v. Porter - Disclosures |
| **Date:** | Monday, February 13, 2023 12:44:37 PM |
| **Attachments:** | 2021-07-27 Giusti Plea - [UNDER SEAL] Exhibit A (factual basis).pdf |

**[External Email: Use caution when clicking on links or opening attachments.]**

Dear Robb & Chardaie – We write to provide you with the following disclosures related to *United States v. John Porter*.

In your motion for a bill of particulars, you asked whether the government considered the paid internship for Mookie Nuru at Recology, and a Recology-funded internship for Mookie Nuru at APACC, to be part of the honest services fraud scheme. While the government is not required to disclose at this point every piece of evidence it may use at trial, because you specifically inquired, we wanted to let you know that we do see those payments as part of the charged honest services fraud scheme and conspiracy. Specifically, it is part of the stream of benefits directed at Mohammed Nuru as referenced in paragraph 7 of the Superseding Indictment. It is also referenced specifically in paragraph 8 of the original Indictment. As part of the government's Rule 16 discovery last fall, you were provided with the relevant documents and witness testimony summaries currently in the government's possession regarding these internships. If and when we obtain additional evidence, that will be disclosed to you promptly.

Second, we asked counsel for Mark Arsenault to make Mr. Arsenault available for an interview. He declined to do so unless we provided Mr. Arsenault with immunity, which we did not do. Further, we were told that if called to testify at trial, Mr. Arsenault would assert his Fifth Amendment right against self-incrimination and refuse to testify. Mr. Arsenault is represented by Winston Chan at Gibson, Dunn.

Third, the factual basis from Paul Giusti's plea agreement (paragraph 2) has been unsealed, and we attach it here.

Please let us know if you have any questions regarding the above.

Sincerely,

Dave & Ilham

**David J. Ward**
Assistant United States Attorney
U.S. Attorney's Office for the Northern District of California
Office: (415) 436-6934
Cell: (415) 361-6146