STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
ILHAM A. HOSSEINI (CABN 256274)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7230
    david.ward@usdoj.gov
    ilham.hosseini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00270 WHO |
| Plaintiff, | |
| v. | DECLARATION OF DAVID J. WARD IN SUPPORT OF UNITED STATES' REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY |
| JOHN FRANCIS PORTER, | |
| Defendant. | |

I, David J. Ward, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California assigned to the prosecution of the above-captioned case.

2. Attached as **Exhibit A** is a true and correct copy of the defendant's Expert Report of Ann Ravel, which was disclosed to the government on February 27, 2023.

3. Attached as **Exhibit B** is a true and correct copy of the government's Rebuttal Expert Report of Patrick Ford, which was disclosed to defendant on April 12, 2023.

WARD DECL. ISO MOT. TO EXCLUDE EXPERT
22-CR-00270 WHO.

1

1  Executed this 21st day of April, 2023, in San Francisco, California.

                                    __/s/ David Ward_____
                                    DAVID J. WARD
                                    Assistant United States Attorney