Robb C. Adkins (SBN 194576)
Sam A. Camardo (*Admitted Pro Hac Vice*)
Chardaie C. Charlemagne (*Admitted Pro Hac Vice*)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: radkins@bakerlaw.com
scamardo@bakerlaw.com
ccharlemagne@bakerlaw.com

*Attorneys for Defendant John Porter*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 3:22-cr-270-WHO |
|---|---|
| Plaintiff, | ) Hon. William H. Orrick |
| v. | ) **DEFENDANT JOHN PORTER'S WITNESS LIST** |
| JOHN PORTER, | ) |
| Defendant. | ) |

Pursuant to the Amended Stipulation and Pre-Trial Order, D.E. 93, Defendant John Porter identifies the following witnesses who may be called in his case-in-chief depending on the government's presentation at trial in its case-in-chief. Mr. Porter reserves the right to call additional witnesses or question any witness based on additional topics, including the witnesses identified in the government's witness list.

1. Ann Carey. Ms. Carey may testify regarding Recology's 2017 rate application and Mr. Porter's reporting to the City of an error that existed in that application, if the government is permitted to raise this issue at trial.

2. Ann Ravel. Ms. Ravel may testify as an expert witness regarding behested payments, meaning payments made to a third-party organization at the request of a government official.

3. Bob Borella. Mr. Borella may testify regarding Mr. Porter's character.

4. Bret Firebaugh (or other representative from Pankow Construction). Mr. Firebaugh may testify regarding donations and/or sponsorships that Pankow made to Lefty O'Doul's Foundation for Kids, Parks Alliance, or other organizations at the request of or related to the San Francisco Department of Public Works or other San Francisco city departments.

5. Bruce Robertson. Mr. Robertson may testify regarding San Francisco's relationship with Recology and the annual General Services Administration/Department of Public Works Holiday Party.

6. Bryan Dahl. Mr. Dahl may testify regarding the annual General Services Administration/Department of Public Works Holiday Party.

7. Dan Negron. Mr. Negron may testify regarding his interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, Recology's sponsorship and donation practices, and events he attended that Recology sponsored and sponsorships and donations he initiated or approved.

8. Dennis Wu. Mr. Wu may testify regarding Mr. Porter's character.

9. Eric Potashner. Mr. Potashner may testify regarding Mr. Porter's character, his interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, Recology's sponsorship and donation practices, events he attended that Recology sponsored and sponsorships and donations he initiated or approved, and Recology's 2017 rate application and Mr. Porter's reporting to the City and internally at Recology of an error that existed in that application, if the government is permitted to raise that issue.

10. Jeff Porter. Mr. Porter may testify regarding John Porter's character.

11. Jes Pedersen (or other representative from Webcor). Mr. Pedersen may testify regarding donations and/or sponsorships that Webcor made to made to Lefty O'Doul's Foundation for Kids, Parks Alliance, or other organizations at the request of or related to the San Francisco Department of Public Works or other San Francisco city departments.

12. Joela Macdula. Ms. Macdula may testify regarding her interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, and Recology's sponsorship and donation practices.

13. John Porter. Mr. Porter may testify regarding any issues related to his defense of the charges made against him.

14. Julia Dawson. Ms. Dawson may testify regarding Recology's 2017 rate application and Mr. Porter's reporting to the City of an error that existed in that application, if the government is permitted to raise this issue at trial, San Francisco's relationship with Recology, and the annual General Services Administration/Department of Public Works Holiday Party.

15. Larry Stringer. Mr. Stringer may testify regarding San Francisco's relationship with Recology, including the meals alleged in the superseding indictment, and events related to the Department of Public Works that were sponsored by corporate entities and/or requests he made to those third parties for sponsorship of these events.

16. Marivic Chennault (or another representative from Clark Construction). Ms. Chennault may testify regarding donations and/or sponsorships that Clark Construction made to

- 3 -

Lefty O'Doul's Foundation for Kids, Parks Alliance, or other organizations at the request of or related to the San Francisco Department of Public Works or other San Francisco city departments.

17. Mark Arsenault. Mr. Arsenault may testify regarding his interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, Recology's sponsorship and donation practices, events he attended that Recology sponsored and sponsorships and donations he initiated or approved, and Recology's 2017 rate application and Mr. Porter's reporting to the City and internally at Recology of an error that existed in that application, if the government is permitted to raise that issue.

18. Mary Sawai. Ms. Sawai may testify regarding her interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, Recology's sponsorship and donation practices, and events she attended that Recology sponsored and sponsorships and donations she initiated or approved.

19. Maurice Quillen. Mr. Quillen may testify regarding his interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, Recology's sponsorship and donation practices, and events he attended that Recology sponsored and sponsorships and donations he initiated or approved.

20. Mike Sangiacomo. Mr. Sangiacomo may testify regarding his interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, Recology's sponsorship and donation practices, and events he attended that Recology sponsored and sponsorships and donations he initiated or approved.

21. Minna Tao. Ms. Tao may testify regarding Mr. Porter's character, her interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and

procedures, Recology's sponsorship and donation practices, and events she attended that Recology sponsored and sponsorships and donations she initiated or approved.

22. Mohammed Nuru. Mr. Nuru may testify regarding the facts outlined in his plea agreement and sentencing memorandum.

23. Nick Bovis. Mr. Bovis may testify regarding the annual General Services Administration/Department of Public Works Holiday Party and the sponsorship of that party by third party entities through a nonprofit he operated as well as the catering company he operated that catered the party, and other events his organizations were involved in related to the City of San Francisco or Department of Public Works.

24. Nick Roberts. Mr. Roberts may testify regarding his interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, Recology's sponsorship and donation practices, events he attended that Recology sponsored and sponsorships and donations he initiated or approved, and Recology's 2017 rate application and Mr. Porter's reporting to the City and internally at Recology of an error that existed in that application, if the government is permitted to raise that issue.

25. Paul Giusti. Mr. Giusti may testify regarding his interactions with Mr. Porter and others who worked at Recology while Mr. Porter worked for Recology, Recology's business, Recology's interactions with public officials, Recology's policies and procedures, Recology's sponsorship and donation practices, and events he attended that Recology sponsored and sponsorships and donations he initiated or approved.

26. Robert Yu. Mr. Yu may testify regarding Recology's 2017 rate application and Mr. Porter's reporting to the City and internally at Recology of an error that existed in that application, if the government is permitted to raise that issue.

27. Ron Alameida. Mr. Alameida may testify regarding requests for funding he made to third parties for the annual General Services Administration/Department of Public Works Holiday Party and/or other events related to the Department of Public Works, as well as the events themselves.

Dated: April 25, 2023

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Robb C. Adkins*
     Robb C. Adkins

*Attorney for Defendant John Porter*