Robb C. Adkins (SBN 194576)
Sam A. Camardo (*Admitted Pro Hac Vice*)
Chardaie C. Charlemagne (*Admitted Pro Hac Vice*)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: radkins@bakerlaw.com
scamardo@bakerlaw.com
ccharlemagne@bakerlaw.com

*Attorneys for Defendant John Porter*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | **Case No.: 3:22-cr-270-WHO** |
|---|---|
| Plaintiff, | **Hon. William H. Orrick** |
| v. | **DEFENDANT JOHN PORTER'S EXHIBIT LIST** |
| JOHN PORTER, | |
| Defendant. | |

Pursuant to the Amended Stipulation and Pre-Trial Order, D.E. 93, defendant John Porter identifies the exhibits that he may use at trial in his case-in-chief on the attached Exhibit A. Per the parties' discussions, Mr. Porter has only identified evidence that is in addition to what the government identified on its exhibit list and thus Mr. Porter also may use any evidence listed on the government's exhibit list during his case-in-chief. Mr. Porter further reserves the right to use any evidence produced in discovery in this case or later identified as evidence at trial.

Dated: April 25, 2023

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Robb C. Adkins*
Robb C. Adkins

*Attorney for Defendant John Porter*