**EXHIBIT A**

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1001 | Recology Org. Chart 1/07/2019 | REC-DOJ-0001225 - 1245 |
| 1002 | Recology Org. Chart 1/01/2018 | REC-DOJ-0001033 - 1054 |
| 1003 | Recology Org. Chart 11/06/2017 | REC-DOJ-0001011 - 1032 |
| 1004 | SF Region Org. Chart May 26, 2017 | REC-DOJ-0001644 - 1665 |
| 1005 | Porter 4/22/2019 email to Giusti, Tao, and Negron; RE: Recology Donation for Harvey Milk Celebration | REC-DOJ-0050585 - 50586 |
| 1006 | Arsenault 4/2/2015 email to Giusti; RE: Asian Heritage Street Celebration | REC-DOJ-0067486 - 67488 |
| 1007 | Sangiacomo 7/8/2019 email to Sawai; RE: 2019 Mayor London Breed Backpack Giveaway | REC-DOJ-0091834 - 91836 |
| 1008 | Giusti 11/9/2019 email to Sangiacomo and Arsenault; RE: Let's Play SF | REC-DOJ-0280035 - 280037 |
| 1009 | Singh 7/28/2017 email to Porter regarding Porter promotion announcement | REC-DOJ-0352097 |
| 1010 | Recology 2018 Community & Environmental Benefit Report | REC-DOJ-0652702 - 652724 |
| 1011 | Recology Expense Reports Review January 30, 2019 | REC-DOJ-1097066 - 1097075 |
| 1012 | August 10 2018 Lefty O'Doul's Board of Director's from Web Archive | https://web.archive.org/web/20180818155625/http://kidsneedbaseball.com/index.php?option=com_content&view=article&id=218&Itemid=603 |
| 1013 | Lefty O'Doul's Determination Letter Aug 19, 2014 | Publicly available from IRS. |

Defendant's Exhibit List Exhibit A
22-cr-270-WHO

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1014 | Linetzky 1/15/2015 email to Bovis et al.; RE: Clark Construction Contribution to the Night Market | US-FBI-JB-015107 |
| 1015 | Night Market Returns to UN Plaza April 8, 2015 | US-NJB-00001407 - 1408 |
| 1016 | Administrator 12/11/2018 email to Administrator re GSA Holiday Party Invitation | CCSF (DPW)-0000035117 |
| 1017 | Gordon 12/31/2019 email to Dahl re holiday party pix | CCSF (DPW)-0000091542 - 91546 |
| 1018 | Arsenault expense report 10/31/2017 | REC-DOJ-0019765 - 19774 |
| 1019 | Tao appointment for Public Works Holiday Party | REC-DOJ-0129825 |
| 1020 | 12/20/2019 Text exchange between Porter, Negron | REC-DOJ-0268900 - 268903 |
| 1021 | 12/18/2018 Text exchange between Tao, Porter, Giusti | REC-DOJ-0271076 |
| 1022 | MacDula 10/31/2017 email to Tabak et al re Signing Approvals | REC-DOJ-0544751 - 544752 |
| 1023 | Dahl 12/23/2019 email to Nuru re Dec. 20 event and attachment | CCSF (DPW)-0000091520 - 91521 |
| 1024 | Webcor email correspondence re sponsorship | CCSF (DPW)-0000091745 - 91746 |

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1025 | Alameida 11/26/2019 email to Firebaugh re NonProfit | CCSF (DPW)-0000184728 - 184729 |
| 1026 | Webcor email correspondence re holiday party donations | US-FBI-JP-000015092 - 15097 |
| 1027 | Webcor email correspondence re holiday party donations | US-NJB-00002369 - 2375 |
| 1028 | Pankow check dated 12/5/2019 | US-NJB-00002537 |
| 1029 | Clark check dated 12/16/2019 | US-NJB-00002539 |
| 1030 | Webcor check dated 12/30/2019 | US-NJB-00002541 |
| 1031 | Pedersen 3/10/2017 email to Austin re Public Works Day | SFPA-DOJ-2181 |
| 1032 | Webcor $7,500 check for Public Works Day | SFPA-DOJ-2197 |
| 1033 | Pedersen 3/28/2018 email to Austin re Public Works Day | SFPA-DOJ-2198 |
| 1034 | Pankow check dated 5/10/2018 | SFPA-DOJ-2201 |

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1035 | Recology Crab Fest sponsorship 2015 | REC-DOJ-0000056 - 57 |
| 1036 | Recology Crab Fest sponsorship 2016 | REC-DOJ-0000058 - 59 |
| 1037 | Recology Crab Fest sponsorship 2017 | REC-DOJ-0000060 - 61 |
| 1038 | Recology Crab Fest sponsorship 2018 | REC-DOJ-0000062 - 62 |
| 1039 | Arsenault invitation to 2017 Crab Fest | REC-DOJ-0004192 |
| 1040 | Potashner invitation to Eight Tables Dinner with Mayor | REC-DOJ-0008079 |
| 1041 | Potashner 3/5/2014 email to Sawai re Zero Waste Party for the Parks | REC-DOJ-0029428 - 29430 |
| 1042 | Negron 4/25/2019 email to Porter and Giusti re DPW public works week | REC-DOJ-0056697 - 56698 |
| 1043 | Recology Crab Fest sponsorship 2020 | REC-DOJ-0069708 - 69709 |
| 1044 | Wilson 10/7/2015 email to Giusti re Sunset Community Festival Sponsorship | REC-DOJ-0093356 - 93357 |
| 1045 | Doung 6/11/2019 email to Tao regarding community outreach and attachments | REC-DOJ-0100038 - 100041 |
| 1046 | Doung 7/8/2019 email to Potashner et al regarding Harvey Milk Gayla | REC-DOJ-0201864 |
| 1047 | Wu 1/30/2019 email to Potashner et al regarding Eight Tables Dinner | REC-DOJ-0204199 |
| 1048 | Yu 7/2/2018 email to Porter regarding community outreach and attachment | REC-DOJ-0280464 - 280465 |
| 1049 | Text message from Philip Ginsburg to Paul Giusti regarding donation to Crab Fest | REC-DOJ-0290357 |
| 1050 | Sangiacomo 11/6/2019 email to Hester regarding invite list to John Burton Foundation dinner | REC-DOJ-0308948 |

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1051 | Arsenault 6/10/2017 email to Porter regarding CUESAS's 7th annual summer celebration | REC-DOJ-0544330 - 544333 |
| 1052 | Wang 4/13/17 email to Porter; Community Outreach Draft v2 and attachment | REC-DOJ-0692494 - 692495 |
| 1053 | Magiya 9/28/2018 email to Roberts; Community Outreach RY_2018 and attachment | REC-DOJ-0796242 - 796243 |
| 1054 | Rose Pak Community Fund Donation | REC-DOJ-1131753 |
| 1055 | Latino Community Fund Gala 2020 Sponsorship | REC-DOJ-1131782 - 1131784 |
| 1056 | Latino Community Fund Gala 2017 Sponsorship | REC-DOJ-1131788 - 1131789 |
| 1057 | Oakland Parks and Recreation Foundation 2019 Sponsorship for Battle of the Bay | REC-DOJ-1131791 - 1131795 |
| 1058 | San Francisco Pride Sponsorship 2019 | REC-DOJ-1131819 - 1131820 |
| 1059 | San Francisco Opera 2016 Sponsorship | REC-DOJ-1131822 - 1131824 |
| 1060 | Golden Gate Park 150th Anniversary Sponsorship | REC-DOJ-1131825 - 1131827 |
| 1061 | Womens' Foundation of California 2017 Sponsorship | REC-DOJ-1131830 |
| 1062 | Hervey 4/19/2019 email to Robertson; FW: Sustainable Crushing Pricing | CCSF (DPW)-0000212344 - 212347 |
| 1063 | Contract Award Disposal of Asphault Grindings and Concrete Mixtures 1-1-20 to 12-31-22 | REC-DOJ-0984140 - 984175 |

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1064 | Rodinsky email attaching Contract Award Asphalt, Grindings, Concrete Dumping 8-1-15 to 7-31-18 | REC-DOJ-0891474 - 89518 |
| 1065 | Quillen 11/15/2018 email to Porter; Fwd: Requests for revised invoices | REC-DOJ-0022845 - 22846 |
| 1066 | Porter 7/20/2018 email to Quillen; RE: Sustainable Crushing Pricing | REC-DOJ-0036862 - 36865 |
| 1067 | Quillen 6/21/2018 email to Giusti; RE: Asphalt, Grindings, Concrete Dumping and attachment | REC-DOJ-0096290 96292 |
| 1068 | Porter 8/9/2019 email to Quillen; Fw: City and County of San Francisco: TC 75961 and attachment | REC-DOJ-0122169 - 122173 |
| 1069 | Quillen 7/6/2018 email to Frohm; Sustainable Crushing Pricing and attachments | REC-DOJ-0123852 - 123855 |
| 1070 | Porter 7/29/2019 email to Sanchez; RE: City and County of San Francisco Term Contract 75961 | REC-DOJ-0257776 - 257777 |
| 1071 | Porter 12/10/2018 email to Frohm; RE: Contract Language | REC-DOJ-0267910 - 267911 |
| 1072 | Attachments to Government's Ex. 128 (REC-DOJ-0268437) | REC-DOJ-0268444 - 268450 |
| 1073 | Porter 7/22/2019 email to Quillen; Re: City and County of San Francisco: TC 75961 | REC-DOJ-0277899 - 277900 |
| 1074 | Rodinsky 8/2/2019 email to Porter; Re: City and County of San Francisco: TC 75961 | REC-DOJ-0282732 - 282734 |
| 1075 | Quillen 11/15/2018 text message | REC-DOJ-0290943 |
| 1076 | Arsenault 6/15/2018 email to Ruckman et al; Cost Controls and attachment | REC-DOJ-0496105 - 496106 |

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1077 | Image of London Breed at 2018 DPW Holiday Party | https://www.instagram.com/p/Brj1CjWBIqX/?utm_source=ig_web_copy_link |
| 1078 | Recology Employee Business Expense Policy 1/1/2019 | REC-DOJ-0001770 - 1785 |
| 1079 | Recology Employee Business Expense Policy 10/1/2015 | REC-DOJ-0510479 - 510492 |
| 1080 | Dawson memo to Porter regarding FY 2018 Performance | CCSF (DPW)-0000163450 - 163451 |
| 1081 | Porter 5/12/2017 email attaching 2017 Director's Report on rate hearings | REC-DOJ-0038573 - 38611 |
| 1082 | DPW Order No. 181252 | REC-DOJ-0200613 - 200624 |
| 1083 | DPW 2017 Staff Report on Recology Rate Application | REC-DOJ-0200637 - 200671 |
| 1084 | Rate Board 2017 approval of Recology Rate Application | REC-DOJ-0239385 - 239388 |
| 1085 | Porter 2/13/2017 email to Dawson et al; Final Rate Application Word Files and attachments | REC-DOJ-0259893 - 259948 |
| 1086 | Porter 2/13/2017 email to Dawson et al; electronic version of excel spreadsheets and attachments | REC-DOJ-0259952 - 259954 |
| 1087 | Dawson 7/13/2016 email to Haley et al; New Rules of Procedure and attachment | REC-DOJ-0261872 - 261884 |
| 1088 | Dawson 3/3/2017 email to Arsenault et al; RE: Draft agenda for first 2 hearings | REC-DOJ-0264022 - 264025 |

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1089 | Porter 2/17/2017 email to Dawson et al; RE: Electronic Version of Excel Spreadsheets and attachment | REC-DOJ-0281444 - 281445 |
| 1090 | Porter 5/21/2015 email to Tao; RE: Director's report and staff report and attachments | REC-DOJ-1029854 - 1030017 |
| 1091 | Porter 1/8/2019 email to Carey et al; RE: O/R calculation and attachment | REC-DOJ-0257455 - 257458 |
| 1092 | Schultz 1/17/2017 email to Carey et al; TO#1 Status Update and attachments | US-FBI-RECGJ-00002405 - 2472 |
| 1093 | Schultz 1/27/2017 email to Dawson et al; RE: TO#1 Status Update and attachments | US-FBI-RECGJ-00002939 - 2948 |
| 1094 | Schultz 1/27/2017 email to Dawson et al; RE: TO#2 Memorandum and attachments | US-FBI-RECGJ-00006255 - 6483 |
| 1095 | Carey 4/11/2019 email to Dawson; hours,1 other item | US-FBI-RECGJ-00008383 |
| 1096 | Carey 4/25/2019 email to Dawson; hours, meeting outcome | US-FBI-RECGJ-00008403 |
| 1097 | Carey 11/8/2019 email to Robertson et al; Re: Refuse Rates 101 and attachments. | US-FBI-RECGJ-00008455 - 8467 |
| 1098 | Carey 1/17/2020 email to Ginsburg et al; Re: R3 comments on COLA email Recology questions? | US-FBI-RECGJ-00050266 - 50270 |
| 1099 | Giusti 5/24/2018 email to MacDula and Porter; FW: Invoice for Summer Youth Intern Program | REC-DOJ-1130957 - 1130958 |

Defendant's Exhibit List (4-25-2023)

| Number | Description | Bates Number/Location |
|---|---|---|
| 1100 | Tabora 7/6/2018 email to Giusti et al; Summer intern program | US-APACC-00004912 - 4915 |
| 1101 | Nov 22, 2019 SF Council of District Merchants Assoc Email re holiday events | SFCCCUSAO_063204-3211 |
| 1102 | December 9, 2019 DPW email correspondence regarding invitation to holiday party | CCSF (DPW)-0000159974 |
| 1103 | Dahl invite to Alameida for 2019 holiday party | CCSF (DPW)-0000185061 |
| 1104 | City Administrator email regarding 2019 holiday party invitation | CCSF (DPW)-0000081551 |
| 1105 | Firebaugh email to Hervey; Re: 2019 Office Holiday Party | CCSF (DPW)-0000214377 |
| 1106 | Text messages between Ron Alameida and Nick Bovis | CCSF (DPW)-0000185554 - 185555 |
| 1107 | Zuniga email correspondence; Re: Support for Mayor Breed's Turkey Giveaway | CCSF (DPW)-0000081247 |