1  STEPHANIE M. HINDS (CABN 154284)
   Attorney for the United States
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   ILHAM A. HOSSEINI (CABN 256274)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        Fax: (415) 436-7230
8       david.ward@usdoj.gov
        ilham.hosseini@usdoj.gov
9
   Attorneys for United States of America
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-22-00270 WHO |
| Plaintiff, | THE PARTIES' JOINT STATEMENT REGARDING JURY *VOIR DIRE* |
| v. | |
| JOHN FRANCIS PORTER, | Judge: Hon. William H. Orrick |
| | Pretrial Conf.: May 2, 2023 |
| Defendant. | Time: 2:00 p.m. |
| | Trial Date: May 30, 2023 |

In the Court's Stipulated Pretrial Order, the parties agreed to submit by April 25, 2023, an agreed-upon list of requested voir dire questions to be posted by the Court, and to submit to the Court by May 9, 2023 a set of joint proposed jury questionnaire questions or no more than 10 case-specific questions. *See Dkt. 93* (Amended Pretrial Order). The Order states that during jury selection, in addition to *voir dire* conducted by the Court, counsel for each side will be granted up to fifteen minutes each for counsel *voir dire. Id.*

//

//

| | |
|---|---|
| 1 | Given the Court's planned approach, the United States and Defendant Porter do not see a need to |
| 2 | submit specific additional written *voir dire* questions to the Court at this time. Questioning in chambers |
| 3 | or sidebar may be appropriate if juror responses to the questionnaire or to *voir dire* questions suggest |
| 4 | that there is sensitive information at issue, or if a juror so requests. |
| 5 | In the event that the Court declines to administer, or substantially revises, the proposed |
| 6 | questionnaire questions that counsel plan to jointly submit by May 9, 2023, Defendant Porter and the |
| 7 | government reserve the right to request the Court's permission to submit proposed *voir dire* questions. |

Dated: April 25, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　　　Attorney for the United States


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　DAVID J. WARD
　　　　　　　　　　　　　　　　　　　　　　ILHAM A. HOSSEINI
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys


　　　　　　　　　　　　　　　　　　　　　　BAKER HOSTEDLER LLP


　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　ROBB ADKINS
　　　　　　　　　　　　　　　　　　　　　　CHARDAIE CHARLAMAGNE
　　　　　　　　　　　　　　　　　　　　　　SAM CAMARDO

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant PORTER