1  STEPHANIE M. HINDS (CABN 154284)
   Attorney for the United States
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   ILHAM A. HOSSEINI (CABN 256274)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       Fax: (415) 436-7230
8      david.ward@usdoj.gov
       ilham.hosseini@usdoj.gov
9
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-22-00270-WHO |
| Plaintiff, | UNITED STATES' EXHIBIT LIST |
| v. | |
| JOHN FRANCIS PORTER, | Judge: Hon. William H. Orrick |
| | Pretrial Conf.: May 2, 2023 |
| | Time: 2:00 p.m. |
| Defendant. | Trial Date: May 30, 2023 |

The United States of America hereby submits a list of prospective exhibits it may seek to introduce into evidence at trial. The United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to offer additional exhibits as may be necessary during trial.

///

///

///

///

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 1 | 12/05/2016 - Recology Check Request re "Holiday Donation" for $5,000 (Payee: Lefty O'Doul's Foundation) | REC-DOJ-0000024 | |
| 2 | 12/12/2016 - Recology Record of Check to Lefty O'Doul's Foundation for Kids re "Holiday Donation-2016" for $5,000 | REC-DOJ-0000031 | |
| 3 | 10/13/2017 - Recology Check Request re "Holiday Donation" for $15,000 approved by John Porter (Payee: Lefty O'Doul's Foundation) | REC-DOJ-0000025 | |
| 4 | 10/17/2017 - Recology Record of Check to Lefty O'Doul's Foundation for Kids re "Holiday Donation-2017" for $15,000 | REC-DOJ-0000028 | |
| 5 | 11/26/2018 - Recology Check Request re "Holiday Donation" for $20,000 approved by John Porter (Payee: Lefty O'Doul's Foundation) | REC-DOJ-0000026 | |
| 6 | 11/29/2018 - Recology Record of Check to Lefty O'Doul's Foundation for Kids re "Holiday Donation-18" for $20,000 | REC-DOJ-0000029 | |
| 7 | 11/12/2019 - Recology Check Request re "2019 Holiday Donation" for $20,000 approved by John Porter (Payee: Lefty O'Doul's Foundation) | REC-DOJ-0000027 | |
| 8 | 11/14/2019 - Recology Record of Check to Lefty O'Doul's Foundation for Kids re "Holiday Donation-19" for $20,000 | REC-DOJ-0000030 | |
| 9 | 5/20/2015 - Email from John Porter to Amelia Santoso | REC-DOJ-0266052 – REC-DOJ-0266053 | |
| 10 | 5/20/2015- Email from John Porter to Paul Giusti | REC-DOJ-0266070 – REC-DOJ-0266071 | |
| 11 | 5/22/2015- Calendar Meeting Request from John Porter to Paul Giusti | REC-DOJ-0013841 | |
| 12 | 6/17/2015 - Email: Alva/Giusti | REC-DOJ-0050242 | |
| 13 | 6/19/2015: Email: Jessica Alva to Glen Bongi, cc' Paul Giusti | REC-DOJ-0050240 | |
| 14 | 9/30/2015 Email: Jessica Alva to Giusti/ Bongi/ Negron | REC-DOJ-0067097 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 15 | 3/24/2017 - Email : MacDula-Giusti | REC-DOJ-0238124 - 25 | |
| 16 | 6/22/2017 - Email: Negron/Giusti | REC-DOJ-0098085 | |
| 17 | 6/29/2017 – Email: Tabora (APACC) to Giusti; Muhktar Schedule | REC-DOJ-0094313-314 | |
| 18 | 9/6/2017: APACC Invoice for Summer Internship Program | REC-DOJ-0066865 | |
| 19 | 12/3/2017: SMS to Giusti from Potashner | REC-DOJ-0293360 | |
| 20 | 12/3/2017 – Courtyard Marriott Receipt | REC-DOJ-0154592 | |
| 21 | 12/3/2017 – Courtyard Marriott Receipt – | REC-DOJ-0154593 | |
| 22 | 12/4/2017 – SMS message Giusti/Potashner "U and Mohammed out Late" – Discussion about lamb dinner for Nuru | REC-DOJ-0293342 | |
| 23 | Intentionally Left Blank | | |
| 24 | 12/29/2017 – Giusti Invite to Holiday Party (to Porter) | REC-DOJ-0004962 | |
| 25 | 5/24/2018 – APACC Invoice: $14,000 for Summer Youth Intern Program 2018 – Signed by Porter | REC-DOJ-0066866 | |
| 26 | 4/18/2018 - Recology Check Request re "San Francisco Department of Public Works' | REC-DOJ-0000054 | |
| 27 | 5/10/2018 – Giusti Email, re Harris Steakhouse Dinner | REC-DOJ-0234654 | |
| 28 | 5/28/2018 – Nuru/Giusti – Harris Steakhouse Dinner | REC-DOJ-0006081 | |
| 29 | 6/7/2018 SMS - Giusti to Potashner | US-GIUSTI-PHONE-00000001 | |
| 30 | 6/21/2018 - Email: Porter to Giusti " | REC-DOJ-0036874 | |
| 31 | 6/26/2018: Email from DPW to Giusti " | REC-DOJ—0050402 | |
| 32 | 6/28/2018 – Meeting w/ Nuru & Recology | REC-DOJ-0005420 | |
| 33 | 6/28/2018 – Calendar From Quillen | REC-DOJ-0041792 | |
| 34 | 8/31/2018: SMS Chain – Potashner/Giusti | US-GIUSTI-PHONE-00000001 | |
| 35 | 11/21/2018 – Stacks Breakfast Invite | REC-DOJ-0005740 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 36 | 12/18/2018 - Calendar Invite from Paul Giusti to John Porter | REC-DOJ-0005770 | |
| 37 | 9/30/2018 - Giusti Annual Performance Review – 10/2017 9/2018 | REC-DOJ-0002023-2028 | |
| 38 | 8/24/2018 – TIII Call - Giusti/Nuru | TIII Calls | |
| 39 | 11/14/2018 – Calendar – Stacks Breakfast | REC-DOJ-042138 | |
| 40 | 11/15/2018: SMS to Giusti from Quillen: | REC-DOJ-0290943 | |
| 41 | 11/20/2018 SMS – Giusti to Porter, Tao, Quillen, Negron, Haley, Stringer | REC-DOJ-0271091 | |
| 42 | 11/26/2018 – Porter Email to Nuru: | REC-DOJ-0267931 | |
| 43 | 11/26/2018 – SMS – Giusti to Porter | REC-DOJ-0270024 | |
| 44 | 11/27/2018 – Giusti email to MacDula: | REC-DOJ-052174 | |
| 45 | 11/27/2018: SMS Potashner to Porter | REC-DOJ-0270010 | |
| 46 | 11/27/1028: SMS Porter to Potashner: | REC-DOJ-0270009 | |
| 47 | 12/10/2018 – SMS – Giusti to Casciato: | REC-DOJ-0269092 | |
| 48 | 12/17/2018 - Calendar Appointment from Paul Giusti to John Porter | REC-DOJ-0126016 | |
| 49 | 12/20/2018 Expense Report: Harris Dinner Receipt $1,182 | REC-POR-0000369-370 | |
| 50 | 1/11/2019 - SMS Message From Porter to Giusti/ Minna/ Quillen/ Potashner | REC-DOJ-0271044 | |
| 51 | 5/31/2019 SMS – Giusti to Porter | REC-DOJ-0289389 | |
| 52 | 11/15/2019 – Giusti/MacDula Email | REC-DOJ-052936 | |
| 53 | 11/18/2019 – Porter Email | REC-DOJ-022809 | |
| 54 | 11/19/2019 – Email to Giusti/Porter | REC-DOJ-0228127 | |
| 55 | 12/20/2019 - Calendar Invite from Paul Giusti to John Porter re SF Public Works Holiday Party | REC-DOJ-0006695 | |
| 56 | 12/20/2019 – Calendar – Porter | REC-DOJ-0196449 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 57 | 1/10/2020 – Recology email | REC-DOJ-0023988 | |
| 58 | 1/21/2020 – Nuru/Porter Meeting Calendar | REC-DOJ-0014335 | |
| 59 | 1/28/2020 - Email from Joela MacDula to John Porter re Meeting with Paul Giusti | REC-DOJ-0228068 | |
| 60 | 1/28/2020 – SMS from Potashner | REC-DOJ-0269663 | |
| 61 | 1/28/2020 SMS: Giusti from Porter | REC-DOJ-0287440 | |
| 62 | 2/4/2020 – Calendar: Giusti/Porter | REC-DOJ-0006779 | |
| 63 | 2/5/2020 – Email: Porter-Giusti | US-PORTER-PHONE-0000001 | |
| 64 | Email to John Porter re draft rate application | REC-DOJ-0021785 | |
| 65 | 5/20/2020 – Giusti Email | REC-DOJ-0256107 | |
| 66 | Giusti Expenses (Select) | REC-DOJ-0020572 | |
| 67 | 11/26/2018 - Giusti TIII - 10233-001.wav | TIII Calls | |
| 68 | 11/26/2018 Giusti TIII Transcript-10233 | Transcript | |
| 69 | 11/30/2019 – Giusti TIII - 10529-001.wav | Session 10529 | |
| 70 | 11/30/2019 - Giusti TIII Transcript 10529 | Transcript | |
| 71 | 12/07/2018 – Giusti/Nuru TIII – | Session 11195 | |
| 72 | 3/19/2019 - Giusti TIII Transcript - 11195 | Transcript | |
| 73 | 3/25/2019 – Giusti TIII - 17989-001.wav | Session 17989 | |
| 74 | 3/25/2019 - Giusti TIII Transcript - 17989 | Transcript | |
| 75 | Recology Employee Reference Guide - 2016 | REC-DOJ-0003135 - REC-DOJ-0003236 | |
| 76 | Recology Employee Reference Guide - 2017 | REC-DOJ-0003326 - REC-DOJ-0003455 | |
| 77 | Recology Employee Reference Guide - 2018 | REC-DOJ-0003456 - REC-DOJ-0003585 | |
| 78 | Recology Employee Reference Guide - 2019 | REC-DOJ-0001793 - REC-DOJ-0001929 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 79 | 7/20/2016 - Calendar Appointment re Guide to Business Conduct Training | REC-DOJ-0198368 – | |
| 80 | 7/20/2016 - Calendar Appointment re Guide to Business Conduct Training | REC-DOJ-0248263 – REC-DOJ-0248264 | |
| 81 | 7/20/2016 - Guide to Business Conduct Training PowerPoint | REC-DOJ-1131575-85 | |
| 82 | 2018 – Schedule of Approval Authority (Expenses) | REC-DOJ-0003795 – 3801 | |
| 83 | 7/19/2019 - Email re ERM Training Attendance | REC-DOJ-0249387 | |
| 84 | Recology Employee Business Expense and PCard Policy | REC-DOJ-0345562 – 5574 | |
| 85 | Various Porter Expense Reports | REC-POR-0000366 – 376 REC-POR-0000458 – 471 REC-POR-0000472 – 489 REC-POR-0000500 – 508 REC-POR-0000518-0000525 | |
| 86 | Recology: Controller's Policies and Procedures | REC-DOJ-0345562 | |
| 87 | 6/8/2017 – SMS – Negron to Giusti | REC-DOJ-0294391 | |
| 88 | 6/8/2017 – Calendar: Dan Negron | REC-DOJ-0009822 | |
| 89 | 8/17/2018: Email: Porter to Negron | REC-DOJ-0282147 – 150 | |
| 90 | 12/17/2018 - Calendar Invite | REC-DOJ-0126016 | |
| 91 | 11/14/2019 – Email: Dan Negron | REC-DOJ-0056300 | |
| 92 | 12/17/2019: Negron/Porter Texts: | US-PORTER-PHONE-0000001 | |
| 93 | 12/20/2019 - SMS Message from Negron to Giusti and Porter | US-PORTER-PHONE-0000001 | |
| 94 | 1/10/2020 Texts – Crescenti/Negron/Porter: | US-PORTER-PHONE-0000001 | |
| 95 | 1/28/2020 - Email Chain – Negron/Roberts/Porter | REC-DOJ-0069125-126 | |
| 96 | 1/29/2020 Negron Texts Mission Local article to Porter | US-PORTER-PHONE-0000001 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 97 | 1/30/2020 Email – Roberts to Negron | REC-DOJ-0069696 | |
| 98 | 1/30/2020 Email – Negron to Roberts | REC-DOJ-0070163 | |
| 99 | 7/30/2013 - Email Chain: | REC-DOJ-0121675 – 76 | |
| 100 | 3/8/2017 – Calendar – Rate Application Director's Hearing Schedule | REC-DOJ-0004296 | |
| 101 | 2018 Recology Expense Approval Authority | REC-DOJ-0003800 | |
| 102 | 6/18/2018 - Email: Porter to Quillen | REC-DOJ-0281978-79 | |
| 103 | 6/19/2018 Email: Quillen to Sweeney | REC-DOJ-0041758 – 59 | |
| 104 | 6/19/2018 – Email: Porter to Quillen | REC-DOJ-036887 | |
| 105 | 6/21/2018 – Email – Porter to Giusti/Quillen | REC-DOJ-036874 | |
| 106 | 6/22/2018- Email: Quillen | REC-DOJ-0041793 | |
| 107 | 7/2/2018 - Email: Porter to Quillen, | REC-DOJ-0282297 298 | |
| 108 | 7/6/2018 - Letter: Darlene Frohm from Maurice Quillen | REC-DOJ-0123049 | |
| 109 | 7/6/2018 Email: Quillen to Frohm | REC-DOJ-0123833-834 | |
| 110 | 7/19/2018 - Email: Quillen to Frohm | REC-DOJ-0030126-27 | |
| 111 | 7/19/2018 – Email: Quillen forwards Frohm Porter email | REC-DOJ-0041785 | |
| 112 | 11/26/2018: Email - Porter to Quillen forwarding Nuru email | REC-DOJ-0282354 - 56 | |
| 113 | 12/28/2018 - Email Chain:Porter | REC-DOJ-0282303-305 | |
| 114 | 4/22/2019: Email: Quillen to Porter | REC-DOJ-0123045 | |
| 115 | 7/30/2019 - Email: Rodinsky to Sanchez (DPW); Quillen cc'ed | REC-DOJ-0122248 – 249 | |
| 116 | 8/24/2015 - Calendar: ZWI Project Planning – Porter Organizer | REC-DOJ-0013536 | |
| 117 | 2/5/2020 – SMS: Quillen texts Porter SF Examiner article | US-PORTER-PHONE-0000001 | |
| 118 | 11/26/2018 - Email: Nuru to Frohm | CCSF (DPW)-0000116527 - 528 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 119 | 12/27/2018 - Email: Frohm to Porter | REC-DOJ-0030017-18 | |
| 120 | 12/28/2018 - Email: Porter to Frohm | REC-DOJ-0282303 - 307 | |
| 121 | 2/2019 - 4/2019 - Email Chain: Frohm to Porter | REC-DOJ-0268426 - 436 | |
| 122 | 2/7/2019 - Email: Porter to Frohm | REC-DOJ-0277618 – 621 | |
| 123 | 3/15/2019; Email – Porter/ Frohm | REC-DOJ-0268453 – 55 | |
| 124 | 3/13/2019: Porter email to Frohm | REC-DOJ-0277573 – 75 | |
| 125 | 3/18/2019 - Email: Porter to Frohm | REC-DOJ-0257219 - 221 | |
| 126 | 3/19/2019- Email: Frohm to Porter | REC-DOJ-0277540 - 544 | |
| 127 | 3/28/2019 - Email: Porter to Frohm | REC-DOJ-0277528 - 531 | |
| 128 | 4/2/2019 - Email: Mike Sweeney to Frohm | REC-DOJ-0268437 - 443 | |
| 129 | 4/2/2019 Email: Frohm to Porter "" | REC-DOJ-0282757 - 261 | |
| 130 | 4/18/2019 - Email: Porter to Frohm | REC-DOJ-0257676 – 679 | |
| 131 | 4/18/2019: Porter email to Roberts/Sweeney | REC-DOJ-0277810 | |
| 132 | 4/22/2019 – Email to Frohm from Quillen | REC-DOJ-029903 | |
| 133 | Image: SF Green Room | | |
| 134 | Image: SF Green Room | | |
| 135 | Image: SF Transbay Cruise Terminal | | |
| 136 | 11/15/2019 - Email: Martinez to Dahl | US-NJB-00001892 - 893 | |
| 137 | 11/20/2019 - Email: Dahl to Martinez | US-NJB-00001877 – 881 | |
| 138 | 12/2/2019 - Email: Dahl to Bovis | US-NJB-00001345 | |
| 139 | 12/04/2019 – Email – Dahl to Bovis | US-NJB-00001623-1625 | |
| 140 | 12/02/2019 – Email from Dahl to Bovis | US-NJB-00001626 | |
| 141 | 12/10/2019 - Email: Dahl to Bovis | US-NJB-00001338 - 1344 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 142 | 12/2/2019 - Email: Dahl to Bovis | US-NJB-00001624-1626 | |
| 143 | 12/10/2019 - Email: Dahl to Bovis | US-NJB-00001590 - 1591 | |
| 144 | 12/10/2019 – Dahl Email to Bovis | US-NJB-00001338 - 1344 | |
| 145 | 12/11/2019 - Email - Dahl to Martinez | US-NJB-00001394 - 1396 | |
| 146 | 12/16/2019 - Email: Dahl to Bovis | US-NJB-00001358 | |
| 147 | Email: Dahl to Bovis | US-NJB-00002190 | |
| 148 | Pier 27 Holiday Party Layout | US-NJB-00001359 | |
| 149 | 12/20/2019 – Email – Dahl to Nuru – | US-NJB-00000208 - 209 | |
| 150 | 12/10/2014 - Email re Calendar Invite from Giusti | REC-DOJ-0002189 | |
| 151 | 12/15/2016 - Letter re Donation to Lefty O'Doul's Foundation for Kids | US-NJB-00000308 | |
| 152 | 12/19/2016 – Bovis email to Nuru – | US-NJB-00000307 – 308 | |
| 153 | 11/7/2018 Bovis/Nuru– TIII – 7832 | Session 7832 | |
| 154 | 11/7/2018 - Bovis/Nuru TIII – 7832 Transcript Doc | | |
| 155 | 11/26/2018 Bovis/Nuru– TIII – 10161 | Session 10161 | |
| 156 | 11/26/2018 - Bovis/Nuru TIII – 10161 Transcript Doc | | |
| 157 | 11/27/2018 Bovis/Nuru– TIII – 10239 | Session 10239 | |
| 158 | 11/27/2018 Bovis/Nuru TIII – 10239 Transcript Doc | | |
| 159 | 11/30/2018 - Bovis/Nuru– TIII – 10601 | Session 10601 | |
| 160 | 11/30/2018 - Bovis/Nuru TIII – 10601 Transcript Doc | | |
| 161 | 12/4/2018 - Bovis/Nuru -TIII Transcript – 10884 | Session 10884 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 162 | 12/4/2018 - Bovis/Nuru TIII – 10884 Transcript Doc. | | |
| 163 | Email: Morrison to Drda | REC-DOJ-0249387 | |
| 164 | Email: Davila-Hestor | REC-DOJ-0248263 | |
| 165 | Email: Davila-Hestor | REC-DOJ-0198368 | |
| 166 | Email from John Porter to Susan Brown, cc'ing Joela MacDula | REC-DOJ-0002107 – REC-DOJ-0002109 | |
| 167 | Recology Check Request | REC-DOJ-0000049 – REC-DOJ-0000050 | |
| 168 | Recology Check Request | REC-DOJ-0000051 – REC-DOJ-0000052 | |
| 169 | Recology Check Request | REC-DOJ-0000054 | |
| 170 | Recology Check Request | REC-DOJ-0000048 | |
| 171 | Recology Check Request | REC-DOJ-0000065 - 66 | |
| 172 | Recology Check Request | REC-DOJ-0000067 – 69 | |
| 173 | SMS from Joela MacDula to Giusti | REC-DOJ-0292397 | |
| 174 | 1/29/2019 - Email from Nick Roberts to Susan Brown cc'ing John Porter | REC-DOJ-0002103 – 2105 | |
| 175 | Email from Paul Giusti to Joela MacDula | REC-DOJ-0052174 | |
| 176 | Recology Check Request re "Holiday Donation" | REC-DOJ-0000024 | |
| 177 | Recology Donation/Sponsorship Check Request | REC-DOJ-0000027 | |
| 178 | 3/27/2019 - "Recology SF Region" Org Chart | REC-DOJ-0282493 | |
| 179 | Email chain: Porter and Minna Tao | REC-DOJ-0063244 | |
| 180 | Email chain Porter | REC-DOJ-0046565 – 66 | |
| 181 | Email chain: Negron and Tao | REC-DOJ-0026801 – 02 | |
| 182 | Recology Org Charts | REC-DOJ-0000368 – 388 | |
| 183 | Recology ERM Employee Training | REC-DOJ-1131631 - 1649 | |

| Exhibit | Description | Bates Range | Admitted Into Evidence |
|---|---|---|---|
| 184 | Recology ACH Transaction Spreadsheet | WF-WIRES-000001 - 003 | |
| 185 | 2/6/2020: Texts: Potashner/Porter | US-PORTER-PHONE-0000001 | |
| 186 | 2/8/2020: Texts: Potashner/Porter | US-PORTER-PHONE-0000001 | |
| 187 | 8/12/2015 – Email from Recology's Phoung Trinh to Melanie D'Souza, | REC-DOJ-0258195-8196 | |

DATED: April 25, 2023

Respectfully submitted,

STEPHANIE M. HINDS
Attorney for the United States

_____/s/ David J. Ward_____
DAVID J. WARD
ILHAM A. HOSSEINI
Assistant United States Attorneys