ROBB C. ADKINS (CABN 194576)
Baker & Hostetler LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: radkins@bakerlaw.com

*Attorneys for Defendant John Porter*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JOHN PORTER,<br><br>　　　Defendant. | **CASE NO.: 22-CR-270-WHO**<br><br>**JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Trial Date: May 30, 2023<br>Pretrial Conference Date: May 2, 2023 \| 2:00 pm |

Pursuant to the Amended Pretrial Order (Dkt. 93), the parties submit the following joint statement of the case.

## STATEMENT OF THE CASE

The government has charged the defendant, John Porter, with six counts: (1) conspiracy to commit honest services wire and mail fraud in violation of 18 U.S.C. § 1349; (2) honest services wire fraud in violation of 18 U.S.C. §§ 1343, 1346 and aiding and abetting in violation of 18 U.S.C. §2; (3) honest services wire fraud in violation of 18 U.S.C. §§ 1343, 1346 and aiding and abetting in violation of 18 U.S.C. § 2; (4) honest services mail fraud in violation of 18 U.S.C. §§ 1341, 1346 and aiding and abetting in violation of 18 U.S.C. § 2; (5) conspiracy to commit bribery of a local official in violation of 18 U.S.C. § 371; and (6) bribery of a local official in violation of 18 U.S.C. § 666 and aiding and abetting in violation of 18 U.S.C. § 2. Specifically, the government alleges that Mr. Porter engaged in a scheme and conspiracy to defraud the residents of the City and County of San Francisco of the right to the honest services of a public official, then Director of the San Francisco Public Works, Mohammed Nuru, through bribes. As part of an alleged scheme to defraud the public of its right to honest services of Mr. Nuru, the government alleges that Mr. Porter and others helped direct a stream of benefits from Recology to Mr. Nuru, including payments for holiday parties for Nuru's friends, political supporters and select DPW employees, as well as, meals, drinks, and other things of value, all to improperly influence Mr. Nuru to act in Recology's favor as opportunities arose. The government has charged Mr. Porter with bribery in connection with a $20,000 holiday party payment in November 2018. Mr. Porter has pleaded not guilty to the charges against him and is presumed innocent.

Dated: April 25, 2023      Respectfully submitted,

BAKER & HOSTETLER LLP

*/s/ Robb C. Adkins*
ROBB C. ADKINS
Attorneys for Defendant JOHN PORTER

STEPHANIE M. HINDS
Attorney for the United States


 */s/ David Ward*
DAVID WARD
ILHAM HOSSEINI
Assistant United States Attorneys