STEPHANIE M. HINDS (CABN 154284)
Attorney for the United States

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DAVID J. WARD (CABN 239504)
ILHAM A. HOSSEINI (CABN 256274)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7230
    david.ward@usdoj.gov
    ilham.hosseini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 22-00270 WHO |
| Plaintiff, | |
| v. | DECLARATION OF DAVID J. WARD IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE |
| JOHN FRANCIS PORTER, | |
| Defendant. | |

I, David J. Ward, declare and state as follows:

1. I am an Assistant United States Attorney for the Northern District of California, and I am assigned to the prosecution of the above-captioned case.

2. The United States issued two grand jury subpoenas to Recology Inc., as part of the investigation that led to the above-captioned prosecution, one in April 2020, and a second in January 2021.

3. On May 14, 2021, counsel for Recology sent via email a letter to the government requesting that Recology be allowed to "claw back" certain documents that Recology claimed were

WARD DECL. ISO OPP. TO DEF. MOTIONS IN LIMINE
22-CR-00270 WHO.

1

    privileged and inadvertently-produced, asking the government to delete its copies of those documents and make no further use of them. Attached to that letter was a privilege log listing the specific documents Recology sought to claw back. The government did not contest these privilege claims, and will not use at trial any document included in that privilege log.

4. I have reviewed the privilege log, and the January 28, 2020 email that defendant Porter seeks to exclude at trial is not included therein.

5. On April 21, 2023, I spoke to Christine Wong and Michael Komorowski of Morrison & Forrester LLP, counsel for Recology Inc. Ms. Wong and Mr. Komorowski confirmed to me that Recology is not asserting any privilege claim over the January 28, 2020 email that defendant Porter seeks to exclude.

6. Attached as **Exhibit A** is a true and correct copy of a document produced to the government by Recology and turned over to the defense in discovery. The document purports to be an invoice from the Asian Pacific American Community Center for a "Summer Youth Intern Program for 2018" and includes what appears to be defendant Porter's signature approving the payment.

Executed this 25th day of April, 2023, in San Francisco, California.

                                            __/s/ David Ward_____
                                            DAVID J. WARD
                                            Assistant United States Attorney