# Exhibit A

# INVOICE

Asian Pacific American Community Center
66 Raymond Avenue
San Francisco, CA, 94134
(415) 587-2689
Rex Tabora
Executive Director
rex@apaccsf.org

DATE May 24, 2018

Vendor #: 869275
5100 810 . 8770
Approved: [signature]
John Porter

To Paul Giusti
Recology Golden Gate
900 7th St.
San Francisco, CA 94107
Tel: (415)626-4000
PGiusti@recology.com

| DESCRIPTION | TOTAL |
|---|---|
| Summer Youth Intern Program for 2018 | $14,000.00 |

**Total Due** **$14,000.00**

Please make check payable to Asian Pacific American Community Center
66 Raymond Ave.
San Francisco, CA 94134

**THANK YOU!**

FOIA Confidential Treatment Requested

REC-DOJ-0066866