| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>Attorney for the United States |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | DAVID J. WARD (CABN 239504)<br>ILHAM A. HOSSEINI (CABN 256274) |
| 5 | Assistant United States Attorney |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7200<br>FAX: (415) 436-7230 |
| 8 | david.ward@usdoj.gov<br>ilham.hosseini@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 22-00270 WHO | |
| Plaintiff, | ) ) ) | **STIPULATION TO VACATE PRETRIAL CONFERENCE DATE AND SET CHANGE OF PLEA HEARING** | |
| v. | ) ) ) | | |
| JOHN FRANCIS PORTER | ) ) | | |
| Defendant. | ) ) ) | | |

The parties in the above-captioned matter have reached a resolution to the charges filed against the defendant in the Superseding Indictment. The parties therefore stipulate and jointly request that the Court vacate the pretrial conference set before the Court on May 2, 2023 at 2:00 p.m. The parties further stipulate and request that they appear before the Court on that date and time, or another date convenient to the Court, for a change of plea hearing.

//

//

//

1

The government will submit an agreed-upon Rule 11(c)(1)(b) plea agreement to the Court on May 1, 2023.

SO STIPULATED.

STEPHANIE M. HINDS
Attorney for the United States

Dated: April 28, 2023   __/s/ David J. Ward_____
DAVID J. WARD
ILHAM A. HOSSEINI
Assistant United States Attorneys

Dated: April 28, 2023   __/s/ Robb C. Adkins_____
ROBB C. ADKINS
CHARDAIE C. CHARLEMAGNE
Attorneys for Defendant Porter

### ORDER

Based on the stipulation of the parties, and for good cause shown, it IS HEREBY ORDERED that the pretrial conference set for May 2, 2023 at 2:00 p.m. is VACATED. The parties will appear before the Court on May 2, 2023 at 2:00 p.m. for a change of plea hearing.

**IT IS SO ORDERED.**

DATED: April 28, 2023

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE