UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** May 1, 2023      **Time:** 14 minutes      **Judge:** WILLIAM H. ORRICK
2:02 p.m. to 2:16 p.m.

**Case No.:** 22-cr-00270-WHO-1      **Case Name:** UNITED STATES v. Porter

**Attorneys for Plaintiff:** David Ward
**Attorneys for Defendant:** Robb C. Adkins
Defendant **John Porter** – present, on bond

**Deputy Clerk:** Jean Davis                    **Reported by:** LeeAnne Shortridge
**Interpreter:** n/a                                    **Probation Officer:** n/a

## PROCEEDINGS

Parties appear for scheduled change of plea hearing. A written plea agreement has been provided to the Court in advance of the hearing. Defendant is sworn and queried as to his background, physical and mental health, and understanding of the proceedings. He is advised of his rights, the possible consequences of the entry of a guilty plea, and the maximum penalties associated with the offense.

The government provides a brief statement of the elements of the offense and of the facts it would be prepared to prove at any hearing of this matter. Defense counsel concurs with the statement of offenses and confirms that there is a factual basis for the guilty plea.

**Defendant pleads GUILTY to Count 1 of the Superseding Indictment**. The plea is accepted as knowing, voluntary, and supported by an independent basis in fact. Defendant is adjudged guilty.

The matter is referred to the U.S. Probation Office for preparation of a Presentence Report.

**CASE CONTINUED TO: September 7, 2023 at 1:30 p.m for Sentencing**.